# EXHIBIT A

# EXHIBIT A

## Domain Names Registered to
## Digi Real Estate Foundation, "Web Services Pty,"
## Galt, and "G Design"

Digi Real Estate Foundation

ANTHEMBLUECROSSANDBLUESHIELD.COM
BCBSOFMISSISSIPPI.COM
BCBSHMO.COM
BLUECROSSBLUESHIELDCOLORADO.COM
BLUECROSSBLUESHIELDNJ.COM
BLUECROSSBLUESHIELDOFCALIFORNIA.COM
BLUECROSSBLUESHIELDOFIL.COM
BLUECROSSDENTALINSURANCE.COM
BCBSOFKANSAS.COM
BCBSOFKC.COM
BCBSOFMN.COM
BLUECROSSBLESHIELD.COM
BLUESHIELDD.COM
BLUECROSSBLUESHIELDOFTX.COM
BLUECROSSBLUUESHIELD.COM
BLUECROSSOFFLORIDA.COM
BLUECROSSBLUESHIELDOFOREGON.COM
BCBSLI.COM
BCBSCU.COM
BCBSI.COM
BCBSSFL.COM
BCBSSIL.COM
BCBSST.COM
BLECROSSCA.COM
BLECROSS.COM
BLIECROSS.COM
BLLUECROSSBLUESHIELD.COM
BLUECCROSSCA.COM
BLUECOSS.COM
BLUECROSSANDSHIELD.COM
BLUECROSSBLUESHIELDDENTALINSURANCE.COM
BLUECROSSBLUESHIELDFL.COM
BLUECROSSBLUESHIELDNEBRASKA.COM
BLUECROSSBLUESHIELDMASS.COM
BLUECROSSBLUESHIELDMI.COM
BLUECROSSBLUESHIELDOFALABAMA.COM
BLUECROSSBLUESHIELDOFARIZONA.COM

Digi Real Estate Foundation (cont.)

BLUECROSSBLUESHIELDOFKANSAS.COM
BLUECROSSBLUESHIELDOFFLORIDA.COM
BLUECROSSBLUESHIELDOFLOUISIANA.COM
BLUECROSSBLUESHIELDSOUTHCAROLINA.COM
BLUECROSSBLUESHIELDTENNESSEE.COM
BLUECROSSBLUESHIELDOFTENNESSEE.COM
BLUECROSSBLUESHIELDOHIO.COM
BLUECROSSBUESHIELD.COM
BLUECROSSCOM.COM
BLUECROSSMINNESOTA.COM
BLUECROSSOFARIZONA.COM
BLUECROSSOFILLINOIS.COM
BLUECROSSOFOREGON.COM
BLUECROSSOFWISCONSIN.COM
BLUECROSSPS.COM
BLUECROSSSHEILD.COM
BLUECROSSTRAVELINSURANCE.COM
BLUECROSSWISONSIN.COM
BLUECRSSCA.COM
BLUESCROSS.COM
BLUESHIELDCROSS.COM
CAPBLUCROSS.COM
EXELLUSBCBS.COM
WWWHIGHMARKBCBS.COM
BUECROSSBLUESHIELD.COM
BCBSSTX.COM
BLUECROSSBLUESHIELDD.COM
BLUEECROSSCA.COM
BLUECROSSBLUESHIELDOREGON.COM
BLUECROSSBLUESHIELDMICHIGAN.COM
BLUECROSSBLUEHIELD.COM
BCBSILLINOIS.COM
BLUECROSSNY.COM
BLUECROSSBLUESHIELDOFWISCONSIN.COM
BLUECROSSCANADA.COM
BLUECROSSBLUESHIELDMINNESOTA.COM
REGENCEBLUESHIELDOFIDAHO.COM
BLUESHHIELD.COM
BLUECROSSBLUESHIELDMISSOURI.COM
BLUECROSSOFALABAMA.COM

BLUECROSSDENTALPLAN.COM
BLUECROSSBLUESHIELDPPO.COM
BLUECROSSBLUESHIELDDENTAL.COM

"Web Services Pty"

BCBSKS.ORG
BLUECROSSMEDICALINSURANCE.COM
BLUECROSSPPO.COM
FEDERALBLUECROSS.COM


Galt

BLUECRSSMN.COM

"G Design"

BLUECROSSSC.COM
BLUECROSSBLUESHIELDOFNC.COM
WWWBLUECROSSMN.COM
BLUECROSSFL.COM
BLUECROSSMO.COM
BLUECROSSTX.COM
WWWBLUECROS.COM
BLUESHIED.COM
BLUECROSSHMO.COM
BLUECROSSMASS.COM
BLUECROSSMI.COM
BUESHIELD.COM
BBLUESHIELD.COM
BLUESHELD.COM
BLUESSHIELD.COM
BLUESIELD.COM