# EXHIBIT B

**EXHIBIT B**

**Domain Names Registered to
DigiMedia Holding**

<u>DigiMedia Holding</u>

ANTHEMBCBSDENTAL.COM
BCBSCONNECTICUT.COM
BCBSDENTALINSURANCE.COM
BCBSHAWAII.COM
BCBSKENTUCKY.COM
BCBSMARYLAND.COM
BCBSNEVADA.COM
BCBSNEWHAMPSHIRE.COM
BCBSNORTHDAKOTA.COM
BCBSOFAK.COM
BCBSOFALASKA.COM
BCBSOFAR.COM
BCBSOFCO.COM
BCBSOFCONNECTICUT.COM
BCBSOFCONNETICUT.COM
BCBSOFCT.COM
BCBSOFHAWAII.COM
BCBSOFHI.COM
BCBSOFID.COM
BCBSOFIN.COM
BCBSOFINDIANA.COM
BCBSOFJACKSONVILLE.COM
BCBSOFKENTUCKY.COM
BCBSOFMAINE.COM
BCBSOFME.COM
BCBSOFNEVADA.COM
BCBSOFNEWHAMPSHIRE.COM
BCBSOFNEWYORK.COM
BCBSOFNH.COM
BCBSOFNV.COM
BCBSOFOH.COM
BCBSOFOR.COM
BCBSOFPENNSYLVANIA.COM
BCBSOFRHODEISLAND.COM
BCBSOFSD.COM
BCBSOFUT.COM
BCBSOFVA.COM
BCBSOFWA.COM

DigiMedia Holding (cont.)

BCBSOFWASHINGTON.COM
BCBSOFWESTVIRGINIA.COM
BCBSOFWV.COM
BCBSSANANTONIO.COM
BCBSSOUTHDAKOTA.COM
BCBSWASHINGTON.COM
BCBSWESTVIRGINIA.COM
BLUECROSSBCBS.COM
BLUECROSSBLUESHEILDDENTALINSURANCE.COM
BLUECROSSBLUESHIELDAK.COM
BLUECROSSBLUESHIELDCO.COM
BLUECROSSBLUESHIELDCT.COM
BLUECROSSBLUESHIELDHAWAII.COM
BLUECROSSBLUESHIELDHI.COM
BLUECROSSBLUESHIELDIA.COM
BLUECROSSBLUESHIELDID.COM
BLUECROSSBLUESHIELDIN.COM
BLUECROSSBLUESHIELDKANSAS.COM
BLUECROSSBLUESHIELDKENTUCKY.COM
BLUECROSSBLUESHIELDKY.COM
BLUECROSSBLUESHIELDMAINE.COM
BLUECROSSBLUESHIELDME.COM
BLUECROSSBLUESHIELDNEWHAMPSHIRE.COM
BLUECROSSBLUESHIELDOFAK.COM
BLUECROSSBLUESHIELDOFAR.COM
BLUECROSSBLUESHIELDOFCO.COM
BLUECROSSBLUESHIELDOFCONNECTICUT.COM
BLUECROSSBLUESHIELDOFCT.COM
BLUECROSSBLUESHIELDOFDE.COM
BLUECROSSBLUESHIELDOFHAWAII.COM
BLUECROSSBLUESHIELDOFHI.COM
BLUECROSSBLUESHIELDOFIA.COM
BLUECROSSBUESHIELDOFID.COM
BLUECROSSBLUESHIELDOFIN.COM
BLUECROSSBLUESHIELDOFINDIANA.COM
BLUECROSSBLUESHIELDOFME.COM
BLUECROSSBLUESHIELDOFNEVADA.COM
BLUECROSSBLUESHIELDOFNH.COM
BLUECROSSBLUESHIELDOFNORTHDAKOTA.COM
BLUECROSSBLUESHIELDOFNV.COM
BLUECROSSBLUESHIELDOFNY.COM
BLUECROSSBLUESHIELDOFOH.COM
BLUECROSSBLUESHIELDOFOR.COM
BLUECROSSBLUESHIELDOFPA.COM

<u>DigiMedia Holding</u> (cont.)

BLUECROSSBLUESHIELDOFSOUTHDAKOTA.COM
BLUECROSSBLUESHIELDOFUT.COM
BLUECROSSBLUESHIELDOFVT.COM
BLUECROSSBLUESHIELDOFWA.COM
BLUECROSSBLUESHIELDOFWI.COM
BLUECROSSBLUESHIELDOFWV.COM
BLUECROSSBLUESHIELDOFWY.COM
BLUECROSSBLUESHIELDOH.COM
BLUECROSSBLUESHIELDRHODEISLAND.COM
BLUECROSSBLUESHIELD.COM
BLUECROSSBLUESHIELDSOUTHDAKOTA.COM
BLUECROSSBLUESHIELDUT.COM
BLUECROSSBLUESHIELDVA.COM
BLUECROSSBLUESHIELDWA.COM
BLUECROSSBLUESHIELDWESTVIRGINIA.COM
BLUECROSSBLUESHIELDWV.COM
BLUECROSSBLUESHIELDWY.COM
COLORADOBCBS.COM
REGENCEBLUECROSSOREGON.COM
REGENCEBLUESHIELDWASHINGTON.COM
WWWBLUECROSSINSURANCE.COM
WWWBLUESHIELDCA.COM
BLUECROSSCARES.COM