# EXHIBIT C

Case 5:07-cv-05009-RS   Document 1-4   Filed 09/27/2007   Page 1 of 10

**Federal Registrations for Blue Cross and Blue Shield Association**

Report Date: 9/20/2007    Page: 1

Country: United States

| ID | Mark | Classes | Reg. Owner | App. # | App. Dt | Reg. # | Reg. Dt | Status |
|---|---|---|---|---|---|---|---|---|
| 189 | ADVANTAGE BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/593925 | 11/2/1994 | 1955937 | 2/13/1996 | Registered |
| 188 | ADVANTAGE BLUE | 16 | Blue Cross & Blue Shield Assn. | 74/594031 | 11/2/1994 | 2002209 | 9/24/1996 | Registered |
| 2311 | AGELESS HEROES | 41 | Blue Cross & Blue Shield Assn. | 76017591 | 4/4/2000 | 2516629 | 12/11/2001 | Registered |
| 2378 | AGELESS HEROES | 41 | Blue Cross & Blue Shield Assn. | 78776970 | 12/20/2005 | 3145593 | 9/19/2006 | Registered |
| 2312 | AGELESS HEROES | 41 | Blue Cross & Blue Shield Assn. | 75394662 | 11/21/1997 | 2309764 | 1/18/2000 | Registered |
| 436 | AWAY FROM HOME CARE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/096180 | 4/29/1996 | 2156061 | 5/12/1998 | Registered |
| 208 | BABY BLUEPRINTS | 16 | Blue Cross & Blue Shield Assn. | 74/589191 | 10/21/1994 | 1965185 | 4/2/1996 | Registered |
| 209 | BABY BLUEPRINTS | 36 | Blue Cross & Blue Shield Assn. | 74/590146 | 10/24/1994 | 1966375 | 4/9/1996 | Registered |
| 597 | BASIC BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/337755 | 12/7/1992 | 1824590 | 3/1/1994 | Registered |
| 2410 | BCareful BSafe | 42 | Blue Cross & Blue Shield Assn. | 75471506 | 4/21/1998 | 2292265 | 11/16/1999 | Registered |
| 194 | BCBS - STRAIGHT TALK | 16 | Blue Cross & Blue Shield Assn. | 74/055847 | 5/4/1990 | 1681143 | 3/31/1992 | Registered |
| 2405 | BEST OF BLUE | 41 | Blue Cross & Blue Shield Assn. | 78845593 | 3/24/2006 | 3217512 | 3/13/2007 | Registered |
| 2307 | BHI | 39 | Blue Cross & Blue Shield Assn. | 78459326 | 7/30/2004 | 3202651 | 1/23/2007 | Registered |
| 677 | BLUE & YOU | 36 | Blue Cross & Blue Shield Assn. | 75/495263 | 5/29/1998 | 2255663 | 6/22/1999 | Registered |
| 2314 | Blue 2 (Design) | 36, 38 | Blue Cross & Blue Shield Assn. | 78583581 | 3/9/2005 | 3166494 | 10/31/2006 | Registered |
| 789 | BLUE ACCESS | and, 36, 42 | Blue Cross & Blue Shield Assn. | 76/262688 | 5/25/2001 | 2544951 | 3/5/2002 | Registered |
| 186 | BLUE ADVANTAGE | 42 | Blue Cross & Blue Shield Assn. | 74/593923 | 11/2/1994 | 1996466 | 8/27/1996 | Registered |
| 2369 | BLUE ALERT | 16 | Blue Cross & Blue Shield Assn. | 78730181 | 10/10/2005 | 3141905 | 9/12/2006 | Registered |
| 2237 | BLUE ANGEL | 36, 42 | Blue Cross & Blue Shield Assn. | 76/519132 | 6/3/2003 | 2885905 | 9/21/2004 | Registered |
| 254 | BLUE BASIC | 36 | Blue Cross & Blue Shield Assn. | 74/611945 | 12/16/1994 | 1959977 | 3/5/1996 | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

# Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007    Page: 2

| # | Mark | Class | Owner | Serial No. | Filing Date | Reg. No. | Reg. Date | Status |
|---|------|-------|-------|-----------|-------------|----------|-----------|--------|
| 210 | BLUE CARD | 36 | Blue Cross & Blue Shield Assn. | 74/582321 | 10/4/1994 | 2076689 | 7/8/1997 | Registered |
| 773 | BLUE CARD SUITCASE DESIGN | 36, 42 | Blue Cross & Blue Shield Assn. | 76/093158 | 7/20/2000 | 2678710 | 1/21/2003 | Registered |
| 256 | BLUE CARE | 36 | Blue Cross & Blue Shield Assn. | 74/594032 | 11/2/1994 | 1961619 | 3/12/1996 | Registered |
| 255 | BLUE CARE | 42 | Blue Cross & Blue Shield Assn. | 74/594033 | 11/2/1994 | 1962930 | 3/19/1996 | Registered |
| 190 | BLUE CHOICE | 36 | Blue Cross & Blue Shield Assn. | 73/715653 | 3/9/1988 | 1522890 | 1/31/1989 | Registered |
| 508 | BLUE CHOICE | 36 | Blue Cross & Blue Shield Assn. | 74/608836 | 12/9/1994 | 1952819 | 1/30/1996 | Registered |
| 225 | BLUE CHOICE | 36 | Blue Cross & Blue Shield Assn. | 74/434020 | 9/10/1993 | 1850876 | 8/23/1994 | Registered |
| 2368 | BLUE CONNECTIONS | 41 | Blue Cross & Blue Shield Assn. | 78730178 | 10/10/2005 | 3141904 | 9/12/2006 | Registered |
| 790 | BLUE CREW | 36 | Blue Cross & Blue Shield Assn. | 76/262755 | 5/25/2001 | 2571307 | 5/21/2002 | Registered |
| 258 | BLUE CROSS | 9 | Blue Cross & Blue Shield Assn. | 73/600803 | 5/27/1986 | 1420888 | 12/16/1988 | Registered |
| 2344 | BLUE CROSS | 18 | Blue Cross & Blue Shield Assn. | 78/661542 | 6/30/2005 | 3129230 | 8/15/2006 | Registered |
| 230 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 74/480794 | 1/21/1994 | 2027402 | 12/31/1996 | Registered |
| 2345 | BLUE CROSS | 21 | Blue Cross & Blue Shield Assn. | 78/661548 | 6/30/2005 | 3076807 | 4/4/2006 | Registered |
| 2357 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 78598836 | 3/31/2005 | 3288738 | 9/4/2007 | Registered |
| 2326 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 78598834 | 3/31/2005 | 3175326 | 11/21/2006 | Registered |
| 2331 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 78598832 | 3/31/2005 | 3085016 | 4/25/2006 | Registered |
| 2343 | BLUE CROSS | 28 | Blue Cross & Blue Shield Assn. | 78/661538 | 6/30/2005 | 3106605 | 6/20/2006 | Registered |
| 196 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 71/536214 | 9/30/1947 | 554488 | 2/5/1952 | Registered |
| 198 | BLUE CROSS | 42 | Blue Cross & Blue Shield Assn. | 73/555892 | 8/29/1985 | 1426942 | 1/27/1987 | Registered |
| 218 | BLUE CROSS | 36 | Blue Cross & Blue Shield Assn. | 74/048934 | 4/16/1990 | 1632573 | 1/22/1991 | Registered |
| 2341 | BLUE CROSS | 25 | Blue Cross & Blue Shield Assn. | 78/661527 | 6/30/2005 | 3254885 | 6/26/2007 | Registered |
| 551 | BLUE CROSS AND BLUE SHIELD ASSOCIATION | 16 | Blue Cross & Blue Shield Assn. | 75/238176 | 2/7/1997 | 2161616 | 6/2/1998 | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

## Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007    Page: 3

| # | Mark | Class | Serial No. | Filing Date | Reg. No. | Reg. Date | Owner | Status |
|---|------|-------|------------|-------------|----------|-----------|-------|--------|
| 192 | BLUE CROSS AND BLUE SHIELD ASSOCIATION | 42 | 74/266704 | 4/17/1992 | 1744958 | 1/5/1993 | Blue Cross & Blue Shield Assn. | Registered |
| 552 | BLUE CROSS AND BLUE SHIELD ASSOCIATION | 36, 42 | 75/238198 | 2/7/1997 | 2150555 | 4/14/1998 | Blue Cross & Blue Shield Assn. | Registered |
| 195 | BLUE CROSS PLAN | 36 | 74/057921 | 5/11/1990 | 1677843 | 3/3/1992 | Blue Cross & Blue Shield Assn. | Registered |
| 565 | BLUE DIRECT | 36, 42 | 75/267521 | 4/1/1997 | 2146352 | 3/24/1998 | Blue Cross & Blue Shield Assn. | Registered |
| 259 | BLUE FLEX | 36 | 74/609264 | 12/9/1994 | 1954600 | 2/6/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 549 | BLUE HEALTH CONNECTION | 36 | 75/267508 | 4/1/1997 | 2146351 | 3/24/1998 | Blue Cross & Blue Shield Assn. | Registered |
| 2303 | BLUE LABOR PRO | 42 | 78/434483 | 6/14/2004 | 3136687 | 8/29/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2288 | BLUE LEARNING CENTER | 38, 44 | 76/575393 | 2/13/2004 | 3212021 | 2/27/2007 | Blue Cross & Blue Shield Assn. | Registered |
| 253 | BLUE LINE | 16 | 74/606649 | 12/5/1994 | 1942567 | 12/19/1995 | Blue Cross & Blue Shield Assn. | Registered |
| 598 | BLUE LINE | 36 | 606650 | 12/5/1994 | 1959962 | 3/5/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 791 | BLUE OPTIONS | 36, 42 | 76/262686 | 5/25/2001 | 2544950 | 3/5/2002 | Blue Cross & Blue Shield Assn. | Registered |
| 2259 | BLUE PERKS | 35 | 76/561784 | 11/25/2003 | 2924795 | 2/8/2005 | Blue Cross & Blue Shield Assn. | Registered |
| 252 | BLUE PLUS | 42 | 74/600379 | 11/18/1994 | 1954560 | 2/6/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 506 | BLUE PREFERRED | 36 | 74/608660 | 12/8/1994 | 1961664 | 3/12/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 263 | BLUE PRINT | 16 | 74/601729 | 11/21/1994 | 1925446 | 10/10/1995 | Blue Cross & Blue Shield Assn. | Registered |
| 264 | BLUE PRINT FOR HEALTH | 16 | 71632064 | 7/2/1952 | 583096 | 12/1/1953 | Blue Cross & Blue Shield Assn. | Registered |
| 2255 | BLUE QUALITY CENTERS FOR TRANSPLANT | 44 | 76534836 | 8/5/2003 | 2926216 | 2/15/2005 | Blue Cross & Blue Shield Assn. | Registered |
| 2380 | BLUE SAVER | 36 | 78815040 | 2/15/2006 | 3277851 | 8/7/2007 | Blue Cross & Blue Shield Assn. | Registered |
| 449 | BLUE SELECT | 36 | 74/595780 | 11/7/1994 | 1952732 | 1/30/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 625 | BLUE SHIELD | 36 | 437189 | 8/1/1983 | 1319824 | 2/12/1985 | Blue Cross & Blue Shield Assn. | Registered |
| 212 | BLUE SHIELD | 200 | 73/053443 | 5/27/1975 | 1039941 | 5/18/1976 | Blue Cross & Blue Shield Assn. | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

## Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007 — Page: 4

| # | Mark | Int'l Class | Owner | Serial No. | Filing Date | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|---|---|---|
| 199 | BLUE SHIELD | 16 | Blue Cross & Blue Shield Assn. | 73/722373 | 4/1/1988 | 1510107 | 10/25/1988 | Registered |
| 200 | BLUE SHIELD | 42 | Blue Cross & Blue Shield Assn. | 73/555891 | 8/29/1985 | 1439564 | 5/12/1987 | Registered |
| 214 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 73/053442 | 5/27/1975 | 1045586 | 8/3/1976 | Registered |
| 233 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 74/480772 | 1/21/1994 | 2016013 | 11/12/1996 | Registered |
| 2321 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 78598882 | 3/31/2005 | 3076417 | 4/4/2006 | Registered |
| 266 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 71/606403 | 11/13/1950 | 557040 | 4/1/1952 | Registered |
| 2324 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 78598831 | 3/31/2005 | 3288737 | 9/4/2007 | Registered |
| 2325 | BLUE SHIELD | 36 | Blue Cross & Blue Shield Assn. | 78598838 | 3/31/2005 | 3169932 | 11/7/2006 | Registered |
| 2352 | BLUE SHIELD | 21 | Blue Cross & Blue Shield Assn. | 78/661918 | 6/30/2005 | 3076812 | 4/4/2006 | Registered |
| 2351 | BLUE SHIELD | 18 | Blue Cross & Blue Shield Assn. | 78/661911 | 6/30/2005 | 3076811 | 4/4/2006 | Registered |
| 2350 | BLUE SHIELD | 28 | Blue Cross & Blue Shield Assn. | 78/661902 | 6/30/2005 | 3076810 | 4/4/2006 | Registered |
| 2349 | BLUE SHIELD | 16 | Blue Cross & Blue Shield Assn. | 78/661852 | 6/30/2005 | 3076809 | 4/4/2006 | Registered |
| 2348 | BLUE SHIELD | 25 | Blue Cross & Blue Shield Assn. | 78/661842 | 6/30/2005 | 3076808 | 4/4/2006 | Registered |
| 385 | BLUE SHIELD | 42 | Blue Cross & Blue Shield Assn. | 71/589371 | 12/15/1949 | 557037 | 4/1/1952 | Registered |
| 2366 | BLUE SOLUTIONS | 44 | Blue Cross & Blue Shield Assn. | 78730171 | 10/10/2005 | 3219611 | 3/20/2007 | Registered |
| 507 | BLUE TRADITIONAL | 36 | Blue Cross & Blue Shield Assn. | 74/608624 | 12/8/1994 | 1952817 | 1/30/1996 | Registered |
| 2269 | BLUE WIZARD | 42 | Blue Cross & Blue Shield Assn. | 78/139855 | 6/28/2002 | 2785064 | 11/18/2003 | Registered |
| 676 | BLUEANN EWE | 36 | Blue Cross & Blue Shield Assn. | 75/495262 | 5/29/1998 | 2263004 | 7/20/1999 | Registered |
| 569 | BLUECARD ELIGIBILITY (STYLIZED) | 36, 42 | Blue Cross & Blue Shield Assn. | 75/267456 | 4/1/1997 | 2192846 | 9/29/1998 | Registered |
| 617 | BLUECARD WORLDWIDE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/365765 | 9/30/1997 | 2184155 | 8/25/1998 | Registered |
| 191 | BLUECROSS (WORD) | 16 | Blue Cross & Blue Shield Assn. | 74/169913 | 5/24/1991 | 1691498 | 6/9/1992 | Registered |
| 2149 | BLUEEXCHANGE | INT., 36, 38 | Blue Cross & Blue Shield Assn. | 76/380343 | 3/8/2002 | 2767843 | 9/23/2003 | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

# Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007    Page: 5

| | Mark | Class | Owner | Serial No. | Filed | Reg. No. | Registered | Status |
|---|---|---|---|---|---|---|---|---|
| 2320 | BLUEGUEST | 36, 44 | Blue Cross & Blue Shield Assn. | 78598828 | 3/31/2005 | 3225742 | 4/3/2007 | Registered |
| 268 | BLUES ADVANTAGE | 16 | Blue Cross & Blue Shield Assn. | 74/429703 | 8/30/1993 | 1863691 | 11/22/1994 | Registered |
| 439 | BLUES BEAT | 16 | Blue Cross & Blue Shield Assn. | 75/098085 | 5/2/1996 | 2049091 | 4/1/1997 | Registered |
| 626 | BLUES NET | 35, 38 | Blue Cross & Blue Shield Assn. | 75/466172 | 4/10/1998 | 2228834 | 3/2/1999 | Registered |
| 338 | BLUES NEWS | 16 | Blue Cross & Blue Shield Assn. | 74/608,837 | 12/9/1994 | 1928432 | 10/17/1995 | Registered |
| 429 | BLUESCRIPT | 36, 42 | Blue Cross & Blue Shield Assn. | 75/057697 | 2/14/1996 | 2118863 | 12/9/1997 | Registered |
| 2407 | BLUESOURCE | 36 | Blue Cross & Blue Shield Assn. | 78872403 | 4/28/2006 | 3194205 | 1/2/2007 | Registered |
| 2313 | BlueSquared | 36, 38 | Blue Cross & Blue Shield Assn. | 78564305 | 2/10/2005 | 3149895 | 9/26/2006 | Registered |
| 620 | BLUEWEB | 36, 42 | Blue Cross & Blue Shield Assn. | 75/372093 | 10/14/1997 | 2199866 | 10/27/1998 | Registered |
| 2268 | BLUEWORKS | 41 | Blue Cross & Blue Shield Assn. | 76/570527 | 1/9/2004 | 2922371 | 2/1/2005 | Registered |
| 342 | CLASSIC BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/005751 | 11/28/1989 | 1635706 | 2/19/1991 | Registered |
| 343 | CROSS (DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 71/531753 | 8/19/1946 | 554817 | 2/12/1952 | Registered |
| 347 | CROSS (SOLID DESIGN) | 16 | Blue Cross & Blue Shield Assn. | 74/032415 | 2/26/1990 | 1632320 | 1/22/1991 | Registered |
| 346 | CROSS (SOLID DESIGN) | 42 | Blue Cross & Blue Shield Assn. | 74/187033 | 7/22/1991 | 1699627 | 7/7/1992 | Registered |
| 345 | CROSS (SOLID DESIGN) | 16 | Blue Cross & Blue Shield Assn. | 74/055846 | 5/4/1990 | 1639079 | 3/26/1991 | Registered |
| 344 | CROSS (SOLID DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 74/049148 | 4/16/1990 | 1826582 | 3/15/1994 | Registered |
| 348 | CROSS (STANDARD DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 72/442919 | 12/5/1972 | 969385 | 9/25/1973 | Registered |
| 568 | CROSS (STANDARD DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 75/267697 | 4/1/1997 | 2194956 | 10/13/1998 | Registered |
| 349 | CROSS (STANDARD DESIGN) | 16 | Blue Cross & Blue Shield Assn. | 73/082826 | 4/5/1976 | 1055560 | 1/4/1977 | Registered |
| 353 | CROSS (STANDARD DESIGN) | 42 | Blue Cross & Blue Shield Assn. | 74/268723 | 4/24/1992 | 1763481 | 4/6/1993 | Registered |
| 354 | CROSS (STANDARD DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 72/450146 | 3/1/1973 | 990414 | 8/6/1974 | Registered |
| 351 | CROSS (STANDARD DESIGN) | 9 | Blue Cross & Blue Shield Assn. | 73/600805 | 5/27/1986 | 1422665 | 12/30/1986 | Registered |

**Federal Registrations for Blue Cross and Blue Shield Association**

Report Date: 9/20/2007    Page: 6

| # | Mark | Class | Owner | Serial No. | Filing Date | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|---|---|---|
| 352 | CROSS (STANDARD DESIGN) | 42 | Blue Cross & Blue Shield Assn. | 73/555889 | 8/29/1985 | 1425238 | 1/13/1987 | Registered |
| 427 | CROSS DESIGN | 36 | Blue Cross & Blue Shield Assn. | 74/480773 | 1/21/1994 | 1997328 | 8/27/1996 | Registered |
| 197 | CROSS DESIGN | 36 | Blue Cross & Blue Shield Assn. | 73/436072 | 7/25/1983 | 1293243 | 9/4/1984 | Registered |
| 2329 | CROSS DESIGN | 36 | Blue Cross & Blue Shield Assn. | 78598842 | 3/31/2005 | 3092706 | 5/16/2006 | Registered |
| 2355 | CROSS DESIGN | 18 | Blue Cross & Blue Shield Assn. | 78664918 | 7/6/2005 | 3132424 | 8/22/2006 | Registered |
| 2356 | CROSS DESIGN | 25 | Blue Cross & Blue Shield Assn. | 78664911 | 7/6/2005 | 3132422 | 8/22/2006 | Registered |
| 2330 | CROSS DESIGN | 36 | Blue Cross & Blue Shield Assn. | 78598844 | 3/31/2005 | 3172396 | 11/14/2006 | Registered |
| 2322 | CROSS DESIGN | 36 | Blue Cross & Blue Shield Assn. | 78598854 | 3/31/2005 | 3288740 | 9/4/2007 | Registered |
| 2358 | CROSS DESIGN | 16 | Blue Cross & Blue Shield Assn. | 78/696581 | 8/19/2005 | 3132578 | 8/22/2006 | Registered |
| 2394 | CROSS DESIGN | 28 | Blue Cross & Blue Shield Assn. | 78833709 | 3/9/2006 | 3219839 | 3/20/2007 | Registered |
| 2361 | CROSS DESIGN | 21 | Blue Cross & Blue Shield Assn. | 78/696252 | 8/19/2005 | 3132572 | 8/22/2006 | Registered |
| 245 | CUSTOMBLUE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/043753 | 1/16/1996 | 2036912 | 2/11/1997 | Registered |
| 484 | DENTAL BLUE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/129490 | 7/3/1996 | 2087425 | 8/12/1997 | Registered |
| 358 | DIRECT BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/595647 | 11/7/1994 | 1954541 | 2/6/1996 | Registered |
| 2292 | FAHM | B | Academy for Healthcare Management | 75-477,031 | 4/30/1998 | 2,791,562 | 12/9/2003 | Registered |
| 485 | FEDERAL DENTAL BLUE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/129492 | 7/3/1996 | 2087426 | 8/12/1997 | Registered |
| 2289 | FEDERAL EMPLOYEE PROGRAM | 36, 44 | Blue Cross & Blue Shield Assn. | 76576342 | 2/19/2004 | 2937496 | 4/5/2005 | Registered |
| 2293 | FELLOW FAHM and DESIGN | B | Academy for Healthcare Management | 75-477,043 | 4/30/1998 | 2,791,563 | 12/9/2003 | Registered |
| 2290 | FEP | 36, 44 | Blue Cross & Blue Shield Assn. | 78624014 | 5/5/2005 | 3071143 | 3/21/2006 | Registered |
| 2371 | FEP BLUE VISION | 36, 44 | Blue Cross & Blue Shield Assn. | 78746203 | 11/3/2005 | 3270028 | 7/24/2007 | Registered |
| 2316 | FEP Operations Center | 36, 44 | Blue Cross & Blue Shield Assn. | 78582408 | 3/8/2005 | 3269430 | 7/24/2007 | Registered |
| 2365 | HEALTHBENEFIT BANK | 36 | Blue Cross & Blue Shield Assn. | 78/715455 | 9/19/2005 | 3283998 | 8/21/2007 | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

## Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007    Page: 7

| # | Mark | Class | Owner | Serial No. | Filing Date | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|---|---|---|
| 2367 | HEALTHY BLUE | 41 | Blue Cross & Blue Shield Assn. | 78730176 | 10/10/2005 | 3148405 | 9/26/2006 | Registered |
| 693 | HEALTHY COMPETITION IS DRUG FR | 41, 42 | Blue Cross & Blue Shield Assn. | 76/539667 | 8/25/2003 | 2930201 | 3/8/2005 | Registered |
| 364 | HMO-USA | 42 | Blue Cross & Blue Shield Assn. | 74/016988 | 1/8/1990 | 1664492 | 11/12/1991 | Registered |
| 365 | INQUIRY | 16 | Blue Cross & Blue Shield Assn. | 72/288934 | 1/16/1968 | 871806 | 6/24/1969 | Registered |
| 788 | NETWORK BLUE | 36, 42 | Blue Cross & Blue Shield Assn. | 76/262689 | 5/25/2001 | 2544952 | 3/5/2002 | Registered |
| 369 | NEW BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/601344 | 11/21/1994 | 1954569 | 2/6/1996 | Registered |
| 370 | NOW, HOME IS WHERE THE CARD IS | 36, 42 | Blue Cross & Blue Shield Assn. | 75/041577 | 1/11/1996 | 2066530 | 6/3/1997 | Registered |
| 204 | PPO DESIGN | 36, 42 | Blue Cross & Blue Shield Assn. | 75/033208 | 12/15/1995 | 2122174 | 12/16/1997 | Registered |
| 371 | PREFERRED BLUE | 42 | Blue Cross & Blue Shield Assn. | 74/609166 | 12/9/1994 | 1963940 | 3/26/1996 | Registered |
| 372 | PREFERRED BLUE MILLION | 36 | Blue Cross & Blue Shield Assn. | 74/608838 | 12/9/1994 | 1961667 | 3/12/1996 | Registered |
| 374 | PREFERRED CARE | 36 | Blue Cross & Blue Shield Assn. | 73/439938 | 8/18/1983 | 1366092 | 10/15/1985 | Registered |
| 375 | PREFERRED CARE BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/615462 | 12/27/1995 | 1963006 | 3/19/1996 | Registered |
| 376 | PRIMARY BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/608835 | 12/9/1994 | 1961666 | 3/12/1996 | Registered |
| 221 | PRIME BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/601343 | 11/21/1994 | 1954568 | 2/6/1996 | Registered |
| 377 | SELECT BLUE | 36 | Blue Cross & Blue Shield Assn. | 74/595650 | 11/7/1994 | 1952730 | 1/30/1996 | Registered |
| 452 | SENIOR BLUE | 36, 42 | Blue Cross & Blue Shield Assn. | 75/252143 | 3/5/1997 | 2130638 | 1/20/1998 | Registered |
| 203 | SHIELD (SD) | 36 | Blue Cross & Blue Shield Assn. | 71/670326 | 7/21/1954 | 617304 | 12/6/1955 | Registered |
| 381 | SHIELD (SOLID DESIGN) | 42 | Blue Cross & Blue Shield Assn. | 74/187011 | 7/22/1991 | 1735461 | 11/24/1992 | Registered |
| 378 | SHIELD (SOLID DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 616543 | 7/16/1951 | 562430 | 7/29/1952 | Registered |
| 213 | SHIELD (STANDARD DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 73/053440 | 5/27/1975 | 1039866 | 5/18/1976 | Registered |
| 229 | SHIELD (STANDARD DESIGN) | 42 | Blue Cross & Blue Shield Assn. | 74/547375 | 7/8/1994 | 1912003 | 8/15/1995 | Registered |
| 574 | SHIELD (STANDARD DESIGN) | 36 | Blue Cross & Blue Shield Assn. | 75/267653 | 4/1/1997 | 2202586 | 11/10/1998 | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

**Federal Registrations for Blue Cross and Blue Shield Association**

Report Date: 9/20/2007    Page: 8

| # | Mark | Class | Serial No. | Filing Date | Reg. No. | Reg. Date | Owner | Status |
|---|---|---|---|---|---|---|---|---|
| 380 | SHIELD (STANDARD DESIGN) | 16 | 73/720589 | 4/4/1988 | 1514572 | 11/29/1988 | Blue Cross & Blue Shield Assn. | Registered |
| 247 | SHIELD (STANDARD DESIGN) | 9 | 73/600806 | 5/27/1986 | 1423707 | 1/6/1987 | Blue Cross & Blue Shield Assn. | Registered |
| 382 | SHIELD (STANDARD DESIGN) | 36 | 73/437190 | 8/1/1983 | 1319825 | 2/12/1985 | Blue Cross & Blue Shield Assn. | Registered |
| 265 | SHIELD (STANDARD DESIGN) | 42 | 73/555890 | 8/29/1985 | 1423379 | 12/30/1986 | Blue Cross & Blue Shield Assn. | Registered |
| 379 | SHIELD (STANDARD DESIGN) | 200 | 73/053441 | 5/27/1975 | 1039940 | 5/18/1976 | Blue Cross & Blue Shield Assn. | Registered |
| 226 | SHIELD (STANDARD DESIGN) | 36 | 71/636199 | 10/6/1952 | 591778 | 6/22/1954 | Blue Cross & Blue Shield Assn. | Registered |
| 2395 | SHIELD DESIGN | 28 | 78833713 | 3/9/2006 | 3219840 | 3/20/2007 | Blue Cross & Blue Shield Assn. | Registered |
| 2360 | SHIELD DESIGN | 21 | 78/696249 | 8/19/2005 | 3132571 | 8/22/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2359 | SHIELD DESIGN | 16 | 78/696257 | 8/19/2005 | 3132573 | 8/22/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2333 | SHIELD DESIGN | 36 | 78605827 | 4/11/2005 | 3076555 | 4/4/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2332 | SHIELD DESIGN | 36 | 78598853 | 3/31/2005 | 3288739 | 9/4/2007 | Blue Cross & Blue Shield Assn. | Registered |
| 2328 | SHIELD DESIGN | 36 | 78598848 | 3/31/2005 | 3172397 | 11/14/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2354 | SHIELD DESIGN | 18 | 78664923 | 7/6/2005 | 3132425 | 8/22/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 2353 | SHIELD DESIGN | 25 | 78664916 | 7/6/2005 | 3132423 | 8/22/2006 | Blue Cross & Blue Shield Assn. | Registered |
| 774 | SHIELD DESIGN | 16 | 76/250527 | 5/3/2001 | 2634534 | 10/15/2002 | Blue Cross & Blue Shield Assn. | Registered |
| 544 | SHIELD DESIGN (HAWAIIAN ISLAND) | 36, 42 | 75/228452 | 1/21/1997 | 2169141 | 6/30/1998 | Blue Cross & Blue Shield Assn. | Registered |
| 428 | SHIELD DESIGN (STANDARD) | 36 | 74/480795 | 1/21/1994 | 1997329 | 8/27/1996 | Blue Cross & Blue Shield Assn. | Registered |
| 532 | STRATEGIC CONSULTING SERVICES: THE VALUE OF INSIGHT | 42 | 75/193796 | 11/6/1996 | 2112239 | 11/11/1997 | Blue Cross & Blue Shield Assn. | Registered |
| 2239 | THE BLUE CROSS BOWL | 35 | 76/127,508 | 9/14/2000 | 2681673 | 1/28/2003 | Blue Cross & Blue Shield Assn. | Registered |
| 269 | THE BLUES | 36, 42 | 73/589141 | 3/18/1986 | 1454610 | 8/25/1987 | Blue Cross & Blue Shield Assn. | Registered |
| 2372 | The Value of Blue | 36, 44 | 78746183 | 11/3/2005 | 3148694 | 9/26/2006 | Blue Cross & Blue Shield Assn. | Registered |

Printed by CB on 9/20/2007 3:17:17 PM

## Federal Registrations for Blue Cross and Blue Shield Association

Report Date: 9/20/2007  Page: 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 222 | TRUE BLUE | 36 | Blue Cross & Blue Shield Assn. | 73/571742 | 12/2/1985 | 1446756 | 7/7/1987 | Registered |
| 2241 | WALKING WORKS | 41 | Blue Cross & Blue Shield Assn. | 76/526638 | 6/27/2003 | 2999620 | 9/27/2005 | Registered |
| 2409 | Walking Works and Design (with Cross and Shield designs) | | Blue Cross & Blue Shield Assn. | 78880311 | 5/10/2006 | 3255615 | 6/26/2007 | Registered |
| 2240 | WALKING WORKS THE BLUE PROGRAM FOR A HEALTHIER AMERICA and Design | | Blue Cross & Blue Shield Assn. | 76/525726 | 6/27/2003 | 2999617 | 9/27/2005 | Registered |
| 630 | WWW.FEPBLUE.ORG | 36 | Blue Cross & Blue Shield Assn. | 75/482219 | 5/8/1998 | 2234349 | 3/23/1999 | Registered |
| 695 | YOUR MIND. YOUR BODY. YOUR SPIRIT. YOUR HEALTH. | 36, 42 | Blue Cross & Blue Shield Assn. | 76/073685 | 6/21/2000 | 2537870 | 2/12/2002 | Registered |