EXHIBIT D

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 554,488

Registered Feb. 5, 1952

Renewal Term Begins Feb. 5, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

## BLUE-CROSS

BLUE CROSS AND BLUE SHIELD AS-
SOCIATION (ILLINOIS CORPORA-
TION)
676 N. ST. CLAIR STREET
CHICAGO, IL 60611, BY ASSIGNMENT
AND, MERGER AND CHANGE OF
NAME FROM, AMERICAN HOSPITAL
ASSOCIATION (ILLINOIS CORPORA-
TION) CHICAGO, IL

FOR: DISTRIBUTION OF HOSPITAL
CARE ON A PRE-PAYMENT FINANC-
ING BASIS, IN CLASS 102 (INT. CL. 36).
FIRST USE 12-0-1934; IN COMMERCE
12-0-1934.

SER. NO. 71-536,214, FILED 9-30-1947.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 2, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Trademark Electronic Search Syste    (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE-CROSS |
| **Goods and Services** | IC 038. US 102. G & S: DISTRIBUTION OF HOSPITAL CARE ON A PRE-PAYMENT FINANCING BASIS. FIRST USE: 19341200. FIRST USE IN COMMERCE: 19341200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71536214 |
| **Filing Date** | September 30, 1947 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0554488 |
| **Registration Date** | February 5, 1952 |
| **Owner** | (REGISTRANT) AMERICAN HOSPITAL ASSOCIATION CORPORATION ILLINOIS 18 EAST DIVISION STREET CHICAGO ILLINOIS |
| | (LAST LISTED OWNER) BLUE CROSS AND BLUE SHIELD ASSOCIATION CORPORATION BY MERGER AND CHANGE OF NAME FROM ILLINOIS 676 N. ST. CLAIR STREET CHICAGO ILLINOIS 60611 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | TERESA D. TAMBOLAS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20020514. |
| **Renewal** | 3RD RENEWAL 20020514 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search Syste    (TESS)

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 557,037
Registered Apr. 1, 1952
Renewal Term Begins Apr. 1, 1992

## COLLECTIVE SERVICE MARK
## PRINCIPAL REGISTER

# BLUE SHIELD

BLUE CROSS AND BLUE SHIELD AS-
SOCIATION (ILLINOIS CORPORA-
TION)
676 NORTH STREET CLAIR STREET
CHICAGO, IL 60611, BY CHANGE OF
NAME AND MERGER AND CHANGE
OF NAME FROM BLUE SHIELD MED-
ICAL CARE PLANS (ILLINOIS COR-
PORATION) CHICAGO, IL

FOR: FURNISHING MEDICAL CARE
ON A PRE-PAYMENT BASIS, IN CLASS
100 (INT. CL. 42).

FIRST USE 9-23-1939; IN COMMERCE
4-0-1940.

SER. NO. 71-589,371, FILED 12-15-1949.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 18, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Trademark Electronic Search Syste. . .ESS)                                     Page 1 of 2

 **United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# BLUE SHIELD

| | |
|---|---|
| Word Mark | BLUE SHIELD |
| Goods and Services | IC 042. US 100. G & S: FURNISHING MEDICAL CARE ON A PRE-PAYMENT BASIS. FIRST USE: 19390923. FIRST USE IN COMMERCE: 19400400 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 71589371 |
| Filing Date | December 15, 1949 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0557037 |
| Registration Date | April 1, 1952 |
| Owner | (REGISTRANT) BLUE SHIELD MEDICAL CARE PLANS CORPORATION ILLINOIS 425 NORTH MICHIGAN AVENUE CHICAGO ILLINOIS |
| | (LAST LISTED OWNER) BLUE CROSS AND BLUE SHIELD ASSOCIATION CORPORATION BY MERGER AND CHANGE OF NAME FROM ILLINOIS 225 NORTH MICHIGAN AVENUE CHICAGO ILLINOIS 60601 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | LORA THIELBAR |
| Type of Mark | COLLECTIVE SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20030116. |
| Renewal | 2ND RENEWAL 20030116 |
| Live/Dead | LIVE |

Trademark Electronic Search Syste   ESS)                                    Page 2 of 2

**Indicator**



| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,319,824
Registered Feb. 12, 1985

### COLLECTIVE SERVICE MARK
Principal Register

## BLUE SHIELD

Blue Cross and Blue Shield Association (Illinois corporation)
676 N. St. Clair St.
Chicago, Ill. 60611

For: PREPAID FINANCING AND ADMINIS-TRATION OF DENTAL AND RELATED HEALTH CARE SERVICES, in CLASS 36 (U.S. Cl. 102).

First use Jun. 1, 1969; in commerce Jun. 1, 1969.
Owner of U.S. Reg. Nos. 557,037 and 562,430.

Ser. No. 437,189, filed Aug. 1, 1983.

SHARON R. MARSH, Examining Attorney

Trademark Electronic Search Syst    TESS)                                           Page 1 of 2

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE SHIELD |
| **Goods and Services** | IC 036. US 102. G & S: Prepaid Financing and Administration of Dental and Related Health Care Services. FIRST USE: 19690601. FIRST USE IN COMMERCE: 19690601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73437189 |
| **Filing Date** | August 1, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 1984 |
| **Registration Number** | 1319824 |
| **Registration Date** | February 12, 1985 |
| **Owner** | (REGISTRANT) Blue Cross and Blue Shield Association CORPORATION ILLINOIS 225 N. Michigan Avenue Chicago ILLINOIS 60601 |
| **Attorney of Record** | MELISSA ROTUNNO |
| **Prior Registrations** | 0557037;0562430 |
| **Type of Mark** | COLLECTIVE SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20041124. |
| **Renewal** | 1ST RENEWAL 20041124 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search Syste      (ESS)

Int. Cl.: 9

Prior U.S. Cls.: 21, 26 and 36

**United States Patent and Trademark Office**

Reg. No. 1,420,888
Registered Dec. 16, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## BLUE CROSS

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS CORPORATION)
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: A.M./F.M. STEREO RECEIVERS WITH
HEADPHONES, CASSETTE TAPE PLAYERS
WITH HEADPHONES, CALCULATORS, AND
THERMOMETERS, IN CLASS 9 (U.S. CLS. 21, 26
AND 36).

FIRST USE 7-3-1984; IN COMMERCE
7-3-1984.

OWNER OF U.S. REG. NOS. 554,488 AND
1,293,244.

SER. NO. 600,803, FILED 5-27-1986.

J. TINGLEY, EXAMINING ATTORNEY

Trademark Electronic Search Syste ESS) Page 1 of 2



### United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE CROSS |
| **Goods and Services** | IC 009. US 021 026 036. G & S: A.M./F.M. STEREO RECEIVERS WITH HEADPHONES, CASSETTE TAPE PLAYERS WITH HEADPHONES, CALCULATORS, AND THERMOMETERS. FIRST USE: 19840703. FIRST USE IN COMMERCE: 19840703 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73600803 |
| **Filing Date** | May 27, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 23, 1986 |
| **Registration Number** | 1420888 |
| **Registration Date** | December 16, 1986 |
| **Owner** | (REGISTRANT) BLUE CROSS AND BLUE SHIELD ASSOCIATION CORPORATION ILLINOIS 676 NORTH ST. CLAIR STREET CHICAGO ILLINOIS 60611 |
| **Attorney of Record** | LORA THIELBAR |
| **Prior Registrations** | 0554488;1293244 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 42

Prior U.S. Cl.: 100

# United States Patent and Trademark Office

Reg. No. 1,426,942
Registered Jan. 27, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## BLUE CROSS

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS NOT-FOR-PROFIT CORPO-
RATION)
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: HOME HEALTHCARE SERVICES, PRE-
VENTIVE HEALTHCARE SERVICES, HEALTH
CARE SERVICES RENDERED THROUGH A
HEALTH MAINTENANCE ORGANIZATION,
NAMELY PHYSICIAN SERVICES, DENTAL
SERVICES, HOSPITAL SERVICES, HEALTH
TREATMENT AND THERAPY SERVICES, DI-
AGNOSTIC TESTING AND EXAMINATION

SERVICES, FAMILY PLANNING SERVICES,
MENTAL HEALTH SERVICES, NURSING
SERVICES AND PRESCRIPTION DRUG SERV-
ICES, AND ARRANGING FOR AMBULANCE
SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 12–0–1973; IN COMMERCE
12–0–1973.

OWNER OF U.S. REG. NOS. 554,488, 1,293,244
AND OTHERS.

SER. NO. 555,892, FILED 8–29–1985.

G. MAYERSCHOFF, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE CROSS |
| **Goods and Services** | IC 042. US 100. G & S: HOME HEALTHCARE SERVICES, PREVENTIVE HEALTHCARE SERVICES, HEALTH CARE SERVICES RENDERED THROUGH A HEALTH MAINTENANCE ORGANIZATION, NAMELY PHYSICIAN SERVICES, DENTAL SERVICES, HOSPITAL SERVICES, HEALTH TREATMENT AND THERAPY SERVICES, DIAGNOSTIC TESTING AND EXAMINATION SERVICES, FAMILY PLANNING SERVICES, MENTAL HEALTH SERVICES, NURSING SERVICES AND PRESCRIPTION DRUG SERVICES, AND ARRANGING FOR AMBULANCE SERVICES. FIRST USE: 19731200. FIRST USE IN COMMERCE: 19731200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73555892 |
| **Filing Date** | August 29, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 4, 1986 |
| **Registration Number** | 1426942 |
| **Registration Date** | January 27, 1987 |
| **Owner** | (REGISTRANT) BLUE CROSS AND BLUE SHIELD ASSOCIATION NOT-FOR-PROFIT CORPORATION ILLINOIS 6TH FLOOR 225 NORTH MICHIGAN AVENUE CHICAGO ILLINOIS 60601 |
| **Attorney of Record** | LORA THIELBAR |
| **Prior Registrations** | 0554488;0554492;0554817;0872340;0969385;0990414;1055560;1293243;1293244; AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20061217. |
| **Renewal** | 1ST RENEWAL 20061217 |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,439,564
Registered May 12, 1987

### SERVICE MARK
### PRINCIPAL REGISTER

## BLUE SHIELD

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS NOT-FOR-PROFIT CORPO-
RATION)
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: HOME HEALTHCARE SERVICES, PRE-
VENTIVE HEALTHCARE SERVICES, HEALTH
CARE SERVICES RENDERED THROUGH A
HEALTH MAINTENANCE ORGANIZATION,
NAMELY PHYSICIAN SERVICES, DENTAL
SERVICES, HOSPITAL SERVICES, HEALTH
TREATMENT AND THERAPY SERVICES, DI-
AGNOSTIC TESTING AND EXAMINATION

SERVICES, FAMILY PLANNING SERVICES,
MENTAL HEALTH SERVICES NURSING
SERVICES AND PRESCRIPTION DRUG SERV-
ICES, AND ARRANGING FOR AMBULANCE
SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 12-0-1972; IN COMMERCE
12-0-1972.

OWNER OF U.S. REG. NOS. 557,037, 1,319,825
AND OTHERS.

SER. NO. 555,891, FILED 8-29-1985.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Trademark Electronic Search Syste    ESS)                                      Page 1 of 2

  **United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

`TESS HOME`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `BOTTOM`  `HELP`

**WARNING:** AFTER **SEARCHING** THE USPTO DATABASE, EVEN IF **YOU** THINK THE RESULTS ARE "O.K.," DO **NOT** ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT **REFUSE TO REGISTER** YOUR MARK.

**View Search History:**

◉ Plural and Singular   ○ Singular

◉ Live and Dead      ○ Live      ○ Dead

| | |
|---|---|
| **Search Term:** | 1,439,564 |
| **Field:** | Serial or Registration Number |
| **Result Must Contain:** | All Search Terms (AND) |

[ Submit Query ]   [ Clear Query ]

[ Logout ]  *Please logout when you are done to release system resources allocated for you.*

This *New User (Basic)* search form allows for searching of the most commonly searched fields: word marks, serial or registration numbers, and owners.

The **Combined Word Mark** is the default search field and includes the **word mark and translation.**

Use the $ for truncation in any field. For **Combined Word Mark** searches, the * is a more efficient truncation operator for left and/or right truncation. For example, the search term *DOG* with the **Combined Word Mark** will retrieve marks with common variations of the word DOG in the word mark or translation statements. Use of the $ truncation operator sometimes results in a truncated hit list.

For serial number or registration number searches, enter the 8-digit serial number (e.g. 75123456) or 7-digit registration number (e.g., 1234567) and select *Serial or Registration Number* as the *Field* for the search. If multiple serial or registration numbers are searched, separate the numbers by spaces and change the *Results Must Contain* value to Any Search Terms (OR). (Alternatively, separate the number by the Boolean OR operator without adjusting the *Result Must Contain* value.)

Do **NOT** include the apostrophe for contractions. For example, search for the word **DON'T** by searching DON T. Including Boolean operators (e.g., AND, OR, NOT) or proximity operators (e.g., ADJ, NEAR, SAME, WITH) in your search will override the *Result Must Contain* setting for the search. To actually search for these Boolean or proximity operators, include quotes around the operator.

`TESS HOME`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `TOP`  `HELP`

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search Syste    ESS)

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,681,143
Registered Mar. 31, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## BLUE CROSS AND BLUE SHIELD STRAIGHT TALK

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS NOT-FOR-PROFIT CORPO-
RATION)
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: NEWSLETTERS RELATING TO
HEALTH INSURANCE COVERAGE AND
HEALTH ISSUES, IN CLASS 16 (U.S. CL. 38).

FIRST USE 7-1-1981; IN COMMERCE
7-1-1981.
OWNER OF U.S. REG. NOS. 554,488, 554,492
AND OTHERS.

SER. NO. 74-055,847, FILED 5-4-1990.

ROXANNE BRASCHNEWITZ, EXAMINING
ATTORNEY

Trademark Electronic Search Syste   :   ESS)                                                                Page 1 of 1



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE CROSS AND BLUE SHIELD STRAIGHT TALK |
| **Goods and Services** | IC 016. US 038. G & S: newsletters relating to health insurance coverage and health issues. FIRST USE: 19810701. FIRST USE IN COMMERCE: 19810701 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74055847 |
| **Filing Date** | May 4, 1990 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 1992 |
| **Registration Number** | 1681143 |
| **Registration Date** | March 31, 1992 |
| **Owner** | (REGISTRANT) Blue Cross and Blue Shield Association NOT-FOR-PROFIT CORPORATION ILLINOIS 225 NORTH MICHIGAN AVENUE Chicago ILLINOIS 60601 |
| **Prior Registrations** | 0554488;0554492;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020711. |
| **Renewal** | 1ST RENEWAL 20020711 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

[ HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY ]

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

United States Patent and Trademark Office

Reg. No. 1,510,107
Registered Oct. 25, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## BLUE SHIELD

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: EDUCATIONAL BOOKS, BINDERS,
PRINTED FORMS, BUSINESS FORMS, TRADE
JOURNALS, NOTEBOOKS, WRITING PAPER,
ENVELOPES, PENS AND PENCILS, IN CLASS
16 (U.S. CLS. 37 AND 38).

FIRST USE 9-23-1939; IN COMMERCE
4-0-1940.

OWNER OF U.S. REG. NOS. 1,039,866, 1,439,564
AND OTHERS.

SER. NO. 722,373, FILED 4-1-1988.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE SHIELD |
| **Goods and Services** | IC 016. US 037 038. G & S: EDUCATIONAL BOOKS, BINDERS, PRINTED FORMS, BUSINESS FORMS, TRADE JOURNALS, NOTEBOOKS, WRITING PAPER, ENVELOPES, PENS AND PENCILS. FIRST USE: 19390923. FIRST USE IN COMMERCE: 19400400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73722373 |
| **Filing Date** | April 1, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 2, 1988 |
| **Registration Number** | 1510107 |
| **Registration Date** | October 25, 1988 |
| **Owner** | (REGISTRANT) BLUE CROSS AND BLUE SHIELD ASSOCIATION ILLINOIS 676 NORTH ST. CLAIR STREET CHICAGO ILLINOIS 60611 |
| **Attorney of Record** | LORA THIELBAR |
| **Prior Registrations** | 1039866;1045586;1439564;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

Reg. No. 1,691,498

## United States Patent and Trademark Office    Registered June 9, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BLUE CROSS

BLUE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS NOT-FOR-PROFIT CORPO-
RATION)
676 NORTH ST. CLAIR STREET
CHICAGO, IL 60611

FOR: EDUCATIONAL BOOKS, BINDERS,
TRADE JOURNALS, AND NEWSLETTERS IN
THE FIELD OF HEALTH AND INSURANCE;

PRINTED FORMS, NOTEBOOKS, PENS AND
PENCILS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 12-0-1934; IN COMMERCE
12-0-1934.
OWNER OF U.S. REG. NOS. 554,448, 1,426,942
AND OTHERS.

SER. NO. 74-169,913, FILED 5-24-1991.

JENNIFER BRUST, EXAMINING ATTORNEY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE CROSS |
| **Goods and Services** | IC 016. US 037 038. G & S: educational books, binders, trade journals, and newsletters in the field of health and insurance; printed forms, notebooks, pens and pencils. FIRST USE: 19341200. FIRST USE IN COMMERCE: 19341200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74169913 |
| **Filing Date** | May 24, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 17, 1992 |
| **Registration Number** | 1691498 |
| **Registration Date** | June 9, 1992 |
| **Owner** | (REGISTRANT) BLUE CROSS AND BLUE SHIELD ASSOCIATION NOT-FOR-PROFIT CORPORATION ILLINOIS 225 NORTH MICHIGAN AVE. Chicago ILLINOIS 60601 |
| **Prior Registrations** | 0554448;0554492;0670626;1293244;1426942;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020720. |
| **Renewal** | 1ST RENEWAL 20020720 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                     Page 2 of 2

it. Cl.: 42

rior U.S. Cl.: 100

**United States Patent and Trademark Office**

Reg. No. 1,744,958
Registered Jan. 5, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

# BLUE CROSS AND BLUE SHIELD ASSOCIATION

.UE CROSS AND BLUE SHIELD ASSOCIA-
TION (ILLINOIS NOT FOR PROFIT CORPO-
RATION)
6 NORTH ST. CLAIR STREET
HICAGO, IL 60611

FOR: ASSOCIATION SERVICES; NAMELY,
ROMOTING THE DELIVERY OF QUALITY,
OST EFFECTIVE HEALTH CARE BY
EALTH CARE PLANS, IN CLASS 42 (U.S. CL.
0).

FIRST USE 12-0-1982; IN COMMERCE
12-0-1982.
OWNER OF U.S. REG. NOS. 554,488, 554,492
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ASSOCIATION", APART
FROM THE MARK AS SHOWN.

SER. NO. 74-266,704, FILED 4-17-1992.

THOMAS V. SHAW, EXAMINING ATTORNEY

Trademark Electronic Search Syste(  ESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 19 04:08:34 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLUE CROSS AND BLUE SHIELD ASSOCIATION |
| **Goods and Services** | IC 042. US 100. G & S: association services; namely, promoting the delivery of quality, cost effective health care by health care plans. FIRST USE: 19821200. FIRST USE IN COMMERCE: 19821200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74266704 |
| **Filing Date** | April 17, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 13, 1992 |
| **Registration Number** | 1744958 |
| **Registration Date** | January 5, 1993 |
| **Owner** | (REGISTRANT) BLUE CROSS AND BLUE SHIELD ASSOCIATION NOT FOR PROFIT CORPORATION ILLINOIS 225 North Michigan Avenue Chicago ILLINOIS 60601 |
| **Attorney of Record** | TERESA D. TAMBOLAS |
| **Prior Registrations** | 0554488;0554492;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSOCIATION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20021229. |
| **Renewal** | 1ST RENEWAL 20021229 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search Syste    ESS)

9/19/2007