# EXHIBIT E



# WHOIS-SEARCH .COM

*'the domain name experts...'*

|  |  |  |  |
|---|---|---|---|
| **Deleting** | **Tools** | **About us** | **Register** |

Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: BLUECROSSBLUESHIELDOFCALIFORNIA.COM

Registrant:
        Digi Real Estate Foundation
        Digi Real          ( domains@quigibo.com )
        P.O. Box 7-5324
        Panama City
        null,N7 8DJ
        PA
        Tel. +000.0000000

Creation Date: 20-Oct-2005
Expiration Date: 20-Oct-2008

Domain servers in listed order:
        ns2.dnredirect.com
        ns1.dnredirect.com


Administrative Contact:
        Digi Real Estate Foundation
        Digi Real          ( domains@quigibo.com )
        P.O. Box 7-5324
        Panama City
        null,N7 8DJ
        PA
        Tel. +000.0000000

Technical Contact:
        Digi Real Estate Foundation
        Digi Real          ( domains@quigibo.com )
        P.O. Box 7-5324
        Panama City
        null,N7 8DJ
        PA
        Tel. +000.0000000

Billing Contact:
        Digi Real Estate Foundation
        Digi Real          ( domains@quigibo.com )
        P.O. Box 7-5324
        Panama City
        null,N7 8DJ
        PA

```
      Tel. +000.0000000

Status:LOCKED
      Note: This Domain Name is currently Locked. In this status the domain
      name cannot be transferred, hijacked, or modified. The Owner of this
      domain name can easily change this status from their control panel. This
      feature is provided as a security measure against fraudulent domain name hijacking.

The data in this whois database is provided to you for informationpurposes only, that is, to


Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

      Domain Name: BLUECROSSBLUESHIELDOFCALIFORNIA.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: NS1.DNREDIRECT.COM
      Name Server: NS2.DNREDIRECT.COM
      Status: clientDeleteProhibited
      Status: clientTransferProhibited
      Status: clientUpdateProhibited
      Updated Date: 06-jul-2007
      Creation Date: 20-oct-2005
      Expiration Date: 20-oct-2008

>>> Last update of whois database: Fri, 06 Jul 2007 20:48:39 UTC <<<
```



Enter a domain name or IP address:

bluecrossblueshieldofcaliforni  Go

**Who Owns this Domain**                    **Network Solutions**
Domains, Email, Hosting & More. Grow Your    Domains, Hosting, Web Sites & More. ICANN
Business. Register Today!                     Accred. Learn more here!

                                                        Ads by Google

Copyright © 2007 Whois-Search.com



**WHOIS-SEARCH** .COM

'the domain name experts...'

| Deleting | Tools | About us | Register |
|----------|-------|----------|----------|

Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: BLECROSSCA.COM

Registrant:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Creation Date: 02-Oct-2005
Expiration Date: 02-Oct-2008

Domain servers in listed order:
    b.ns.mdnhparking.com
    a.ns.mdnhparking.com

Administrative Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Technical Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Billing Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA

Whois Search - Domain name `ois                                    Page 2 of 2

```
      Tel. +000.0000000
Status:LOCKED
      Note: This Domain Name is currently Locked. In this status the domain
      name cannot be transferred, hijacked, or modified. The Owner of this
      domain name can easily change this status from their control panel. This
      feature is provided as a security measure against fraudulent domain name hijacking.

The data in this whois database is provided to you for informationpurposes only, that is, to


Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

      Domain Name: BLECROSSCA.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: A.NS.MDNHPARKING.COM
      Name Server: B.NS.MDNHPARKING.COM
      Status: clientDeleteProhibited
      Status: clientTransferProhibited
      Status: clientUpdateProhibited
      Updated Date: 05-jul-2007
      Creation Date: 02-oct-2005
      Expiration Date: 02-oct-2008

>>> Last update of whois database: Fri, 06 Jul 2007 21:27:45 UTC <<<
```

**Enter a domain name or IP address:**

blecrossca.com          Go

**Who Owns this Domain**          **Network Solutions**
Domains, Email, Hosting & More. Grow Your      NetworkSolutions.com has Domains,
Business. Register Today!          Hosting, Email and much more!

                                    Ads by Google

Copyright © 2007 Whois-Search.com



# WHOIS-SEARCH .COM

'the domain name experts...'

| Deleting | Tools | About us | Register |
|---|---|---|---|

Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: BLUECCROSSCA.COM

Registrant:
    Digi Real Estate Foundation
    Digi Real           ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Creation Date: 02-Oct-2005
Expiration Date: 02-Oct-2008

Domain servers in listed order:
    b.ns.mdnhparking.com
    a.ns.mdnhparking.com

Administrative Contact:
    Digi Real Estate Foundation
    Digi Real           ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Technical Contact:
    Digi Real Estate Foundation
    Digi Real           ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Billing Contact:
    Digi Real Estate Foundation
    Digi Real           ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA

```
      Tel. +000.0000000
```

Status:LOCKED
      Note: This Domain Name is currently Locked. In this status the domain
      name cannot be transferred, hijacked, or modified. The Owner of this
      domain name can easily change this status from their control panel. This
      feature is provided as a security measure against fraudulent domain name hijacking.

The data in this whois database is provided to you for informationpurposes only, that is, to


Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

```
      Domain Name: BLUECCROSSCA.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: A.NS.MDNHPARKING.COM
      Name Server: B.NS.MDNHPARKING.COM
      Status: clientDeleteProhibited
      Status: clientTransferProhibited
      Status: clientUpdateProhibited
      Updated Date: 05-jul-2007
      Creation Date: 02-oct-2005
      Expiration Date: 02-oct-2008
```

>>> Last update of whois database: Fri, 06 Jul 2007 21:29:48 UTC <<<


**Enter a domain name or IP address:**

blueccrossca.com                    [ Go ]


**Who Owns this Domain**            **Network Solutions**
Domains, Email, Hosting & More. Grow Your    NetworkSolutions.com has Domains,
Business. Register Today!            Hosting, Email and much more!

Ads by Google


Copyright © 2007 Whois-Search.com

Whois Search – Domain name whois



## WHOIS-SEARCH .COM

'the domain name experts...'

| Deleting | Tools | About us | Register |
|---|---|---|---|

Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: BLUECRSSCA.COM

Registrant:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2008

Domain servers in listed order:
    b.ns.mdnhparking.com
    a.ns.mdnhparking.com

Administrative Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Technical Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA
    Tel. +000.0000000

Billing Contact:
    Digi Real Estate Foundation
    Digi Real      ( domains@quigibo.com )
    P.O. Box 7-5324
    Panama City
    null,N7 8DJ
    PA

```
        Tel. +000.0000000
```

Status:LOCKED
```
        Note: This Domain Name is currently Locked. In this status the domain
        name cannot be transferred, hijacked, or modified. The Owner of this
        domain name can easily change this status from their control panel. This
        feature is provided as a security measure against fraudulent domain name hijacking.
```

The data in this whois database is provided to you for informationpurposes only, that is, to


Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

```
        Domain Name: BLUECRSSCA.COM
        Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
        Whois Server: whois.leadnetworks.com
        Referral URL: http://www.leadnetworks.com
        Name Server: A.NS.MDNHPARKING.COM
        Name Server: B.NS.MDNHPARKING.COM
        Status: clientDeleteProhibited
        Status: clientTransferProhibited
        Status: clientUpdateProhibited
        Updated Date: 05-jul-2007
        Creation Date: 27-nov-2005
        Expiration Date: 27-nov-2008
```

>>> Last update of whois database: Fri, 06 Jul 2007 21:37:28 UTC <<<


**Enter a domain name or IP address:**

bluecrssca.com                                    Go


**Who Owns this Domain**                    **Network Solutions**
Domains, Email, Hosting & More. Grow Your    Domains, Hosting, Web Sites & More. ICANN
Business. Register Today!                    Accred. Learn more here!

                                             Ads by Google


Copyright © 2007 Whois-Search.com

# NetworkSolutions

Login          🔔 Customer Service          ⌐ Your cart is empty
                  Call us toll free



## WHOIS Search Results

Available **bluecrossmedicalinsurance** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) ✎

### WHOIS Record For



IMAGE NOT
AVAILABLE

**bluecrossmedicalinsurance.com**
Services from Network Solutions:

≥ Certified Offer Service - Let us help you get this domain name!
≥ Backorder - Try to get this name when it becomes available.
≥ SSL Certificates - Get peace of mind with a secure certificate.

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

〽 **Learn how
securing your
Web site
helps your business.**

≥ Download our FREE SSL
Certificates whitepaper!

**Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr**

**Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.**

# Learn the Secrets
of Search Engine
Optimization

### Attend our
### SEO Seminar

Learn More ✎

Search Engines

TOP SECRET

WHOIS domain registration inform      results for bluecrossmedicalinsurance.      from Network Sol...    Page 2 of 3

Registrant:
Web Services Pty
C4A/22A, Janakpuri
New Delhi, 110058
India

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: BLUECROSSMEDICALINSURANCE.COM
  Created on: 28-Nov-05
  Expires on: 28-Nov-07
  Last Updated on: 30-Jul-07

Administrative Contact:
  Roshni, Aditya  gnetventures@gmail.com
  Web Services Pty
  C4A/22A, Janakpuri
  New Delhi, 110058
  India
  1126153325    Fax --

Technical Contact:
  Roshni, Aditya  gnetventures@gmail.com
  Web Services Pty
  C4A/22A, Janakpuri
  New Delhi, 110058
  India
  1126153325    Fax --

Domain servers in listed order:
  NS1.DNREDIRECT.COM
  NS2.DNREDIRECT.COM

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 212.227.34.3 (ARIN & RIPE IP search) |
| IP Location: | DE(GERMANY) |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Sedo - Park, Buy and Sell Domain Names and Websites |
| Meta Description: | Sedo is the leading marketplace for buying and selling domain names and websites. Domain appraisal, over 3 million premium |





**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration inform ··· ¹ results for bluecrossmedicalinsurance. ··· from Network Sol... Page 3 of 3

|  |  |
|---|---|
| | domains for sale, and domain broker service |
| **Meta Keywords:** | domains, domain name, domain registration, register domain, new domain, premium domain, buy domain, buy domain name, sell domains, sell domain names, register domain, sell my domain, domain auction, premium domain, domains for sale, domain appraisal, doma |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

○ **NIC Handle**
○ **IP Address**

Search ⟫



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 Go ⟫



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go ⟫



"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

Whois Search - Domain name who                                    Page 1 of 2



**WHOIS-SEARCH** .COM

'the domain name experts...'

| Deleting | Tools | About us | Register |
|---|---|---|---|

Get a FREE domain name registration, transfer, or renewal with any annual hosting package
- or just $8.95 with monthly packages.

http://www.networksolutions.com

Visit AboutUs.org for more information about BLUECRSSMN.COM
AboutUs: BLUECRSSMN.COM

Registrant:
k, j
    Galt
    P.O. Box 512
    Brampton, ON L6Y 3J4
    CA

    Domain Name: BLUECRSSMN.COM

    Administrative Contact:
        k, j            amaretto@rogers.com
        Galt
        P.O. Box 512
        Brampton, ON L6Y 3J4
        CA
        +1.9054557513 fax: null

    Technical Contact:
        Network Solutions, LLC.
        13861 Sunrise Valley Drive        customerservice@networksolutions.com
        Herndon, VA 20171
        US
        1-888-642-9675 fax: 571-434-4620

    Record expires on 04-Jan-2008.
    Record created on 09-Jan-2007.
    Database last updated on 19-Sep-2007 17:13:37 EDT.

    Domain servers in listed order:

    A.NS.MDNHPARKING.COM        66.116.109.47
    B.NS.MDNHPARKING.COM        66.116.109.48

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

WHOIS domain registration inform___ n results for wwwbluecros.com from N___ rk Solutions       Page 1 of 3

# NetworkSolutions

**Login**                    🔒 **Customer Service**          ⊸ Your cart is empty
                                Call us toll free



## WHOIS Search Results

Available **wwwbluecros** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Order Selected Domain(s)** ⤸

### WHOIS Record For

```
IMAGE NOT
AVAILABLE
```

**wwwbluecros.com**
Services from Network Solutions:

⊵ Certified Offer Service - Let us help you get this domain name!
⊵ Backorder - Try to get this name when it becomes available.
⊵ SSL Certificates - Get peace of mind with a secure certificate.

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

**SAVE over 70%**

**when you** TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

**Go** ⤸

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.

# Learn the Secrets
of Search Engine
Optimization

**Attend our
SEO Seminar**

**Learn More** ⤸

Search Engines

TOP SECRET

WHOIS domain registration inform    n results for wwwbluecros.com from N    .rk Solutions            Page 2 of 3

Registrant:
  G Design
  2-4-201 64 Shuangtaxijie
  Taiyuan, Shanxi 30012
  China

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: WWWBLUECROS.COM
    Created on: 20-Feb-04
    Expires: 20-Feb-08
    Last Updated on: 23-Jan-07

  Administrative Contact:
    G Glu, Bin  blog12x@gmail.com
    G Design
    2-4-201 64 Shuangtaxijie
    Taiyuan, Shanxi 30012
    China
    3517325646    Fax --

  Technical Contact:
    G Glu, Bin  blog12x@gmail.com
    G Design
    2-4-201 64 Shuangtaxijie
    Taiyuan, Shanxi 30012
    China
    3517325646    Fax --

  Domain servers in listed order:
    A.NS.MDNHPARKING.COM
    B.NS.MDNHPARKING.COM

  The previous information has been obtained either directly from the registrant or a registrar
  of the domain name other than Network Solutions. Network Solutions, therefore, does not
  guarantee its accuracy or completeness.

    Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | WILD WEST DOMAINS, INC. |
| IP Address: | 66.116.125.151 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-SEATTLE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |





SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
 (●) Domain Name

WHOIS domain registration inform    n results for wwwbluecros.com from N    rk Solutions    Page 3 of 3

Data as of:    14-Jun-2005

○ **NIC Handle**
○ **IP Address**

| Search ☞ |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

| Go ☞ |



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

| Go ☞ |

            "An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.


WHOIS domain registration inform... n results for blueshied.com from Netwo... lutions          Page 1 of 3

# NetworkSolutions

Login                    Customer Service        Your cart is empty
                         Call us toll free

## WHOIS Search Results

Available **blueshied** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s)

### WHOIS Record For



**blueshied.com**
Services from Network Solutions:

➤ Certified Offer Service - Let us help you get this domain name!
➤ Backorder - Try to get this name when it becomes available.
➤ SSL Certificates - Get peace of mind with a secure certificate.

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.



**SAVE over 70%**
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

Go

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.

## Learn the Secrets of Search Engine Optimization

### Attend our SEO Seminar

Learn More

Search Engines

TOP SECRET

Registrant:
G Design
2-4-201 64 Shuangtaxijie
Taiyuan, Shanxi 30012
China

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: BLUESHIED.COM
    Created on: 24-Apr-04
    Expires on: 24-Apr-08
    Last Updated on: 23-Jan-07

Administrative Contact:
    G Glu, Bin  blog12x@gmail.com
    G Design
    2-4-201 64 Shuangtaxijie
    Taiyuan, Shanxi 30012
    China
    3517325646    Fax --

Technical Contact:
    G Glu, Bin  blog12x@gmail.com
    G Design
    2-4-201 64 Shuangtaxijie
    Taiyuan, Shanxi 30012
    China
    3517325646    Fax --

Domain servers in listed order:
    A.NS.MDNHPARKING.COM
    B.NS.MDNHPARKING.COM

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

    Show underlying registry data for this record





| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 64.202.167.129 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ARIZONA-SCOTTSDALE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Blue Shield Agent |
| Meta Description: | This site offers insurane coverage by Blue Shield of California |
| Meta Keywords: | Blue Shield |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

| | | |
|---|---|---|
| **Secure:** | No | |
| **E-commerce:** | No | |
| **Traffic Ranking:** | Not available | |
| **Data as of:** | 12-Sep-2005 | |

◯ NIC Handle
◯ IP Address

Search ⤳



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go ⤳



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee



Go ⤳







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

WHOIS domain registration inform(  )n results for wwwblueshieldca.com fror   twork Solutions        Page 1 of 3

# NetworkSolutions

Login                      🔔 Customer Service         ⌐ Your cart is empty
                              Call us toll free

## WHOIS Search Results

Available **wwwblueshieldca** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ]

### WHOIS Record For



**wwwblueshieldca.com**
Services from Network Solutions:

- ⇥ Certified Offer Service - Let us help you get this domain name!
- ⇥ Backorder - Try to get this name when it becomes available.
- ⇥ SSL Certificates - Get peace of mind with a secure certificate.



Let us take you
to the top of
major search engines!

**Guaranteed top
ten placement** ⇥ <u>Save Now!</u>

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.

Learn the Secrets
of Search Engine
Optimization
Attend our
SEO Seminar
[ Learn More ⇗ ]

Search Engines

[ TOP SECRET ]

---

TERMS OF USE: The data in this whois database is provided
only for lawful purposes. It is expressly forbidden to use
the data to: (a) allow, enable, or otherwise support the
transmission by e-mail, telephone, or facsimile of mass,
unsolicited, commercial advertising or solicitations to
entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic
processes that send queries or data to the systems of any
registry operator or ICANN-accredited registrar, except as
reasonably necessary to register domain names or modify
existing registrations. In addition to (a) and (b), high-
volume, automated, electronic processes directed at this
whois database is also expressly forbidden. Accuracy in
the provided data is not guaranteed. Failure to abide by
these terms of use may result in restricted or terminated
access. These terms of use may be modified at any time.

---

Domain Name:
    WWWBLUESHIELDCA.COM

WHOIS domain registration inform‥ ‥n results for wwwblueshieldca.com fror‥ twork Solutions        Page 2 of 3

Administrative Contact:
DigiMedia Holding
Domain Administrator (digimediaholding@gmail.com)
+1.2021515
Fax:
Via Ricardo J Alfaro
Edif. Neptuno Local #7
Panama City, 00000
PA

Technical Contact:
DigiMedia Holding
Domain Administrator (digimediaholding@gmail.com)
+1.2021515
Fax:
Via Ricardo J Alfaro
Edif. Neptuno Local #7
Panama City, 00000
PA

Registrant Contact:
DigiMedia Holding
Domain Administrator (digimediaholding@gmail.com)
+1.2021515
Fax:
Via Ricardo J Alfaro
Edif. Neptuno Local #7
Panama City, 00000
PA

Status: Locked

Name Servers:
NS1.DSredirection.com
NS2.DSredirection.com

Creation date: 04 Jun 2007 18:35:28
Expiration date: 04 Jun 2008 18:35:28
=.=.=
Registrar:
VALLEY APPLES, INC.
http://www.valleyapples.com

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: VALLEY APPLES, INC.
IP Address:        209.85.51.151 (ARIN & RIPE IP search)



Help your customers find
you. Take advantage of a
free ThinkLocal listing today!

Join Now!

It's smart to
ThinkLocal™



We make it easy to
find what you need.

Search

SHOPPING SEARCH DIRECTORY
MonsterMarketplace.com

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name

WHOIS domain registration inform ··· results for wwwblueshieldca.com fror  twork Solutions     Page 3 of 3

| | |
|---|---|
| **IP Location:** | AE(UNITED ARAB EMIRATES) |
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 31-Jan-2007 |

○ <u>NIC Handle</u>
○ <u>IP Address</u>

Search



**Need to get your business online?**
Our professional designers can build a <u>custom Web site</u> for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your <u>pay per click advertising</u> from as low as $125/month plus $99 one time set-up fee



 

**Network Solutions**
$1 MILLION GUARANTEE

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.



# WHOIS-SEARCH .com

'the domain name experts...'

| Deleting | Tools | About us | Register |
|---|---|---|---|

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: WWWBLUECROSSINSURANCE.COM

Registrant [642524]:
        DigiMedia Holding
        Via Ricardo J Alfaro
        Edif. Neptuno Local #7
        Panama City
        Tumba Muerto
        00000
        PA


Administrative Contact [642524]:
        Domain Administrator   diginediaholding@gmail.com
        DigiMedia Holding
        Via Ricardo J Alfaro
        Edif. Neptuno Local #7
        Panama City
        Tumba Muerto
        00000
        PA
        Phone: +507.2021515


Billing Contact [642524]:
        Domain Administrator   diginediaholding@gmail.com
        DigiMedia Holding
        Via Ricardo J Alfaro
        Edif. Neptuno Local #7
        Panama City
        Tumba Muerto
        00000

```
                    PA
                    Phone: +507.2021515


        Technical Contact [642524]:
                    Domain Administrator   diginediaholding@gmail.com
                    DigiMedia Holding
                    Via Ricardo J Alfaro
                    Edif. Neptuno Local #7
                    Panama City
                    Tumba Muerto
                    00000
                    PA
                    Phone: +507.2021515


        Domain servers in listed order:

                    DNS1.CNOMY.COM
                    DNS2.CNOMY.COM

                    Record created on:        2007-03-26 14:34:16.0
                    Database last updated on: 2007-06-27 04:05:41.637
                    Domain Expires on:        2008-03-26 14:34:20.0



        Whois Server Version 2.0

        Domain names in the .com and .net domains can now be registered
        with many different competing registrars. Go to http://www.internic.net
        for detailed information.

            Domain Name: WWWBLUECROSSINSURANCE.COM
            Registrar: MONIKER ONLINE SERVICES, INC.
            Whois Server: whois.moniker.com
            Referral URL: http://www.moniker.com/whois.html
            Name Server: DNS1.CNOMY.COM
            Name Server: DNS2.CNOMY.COM
            Status: clientDeleteProhibited
            Status: clientTransferProhibited
            Status: clientUpdateProhibited
            Updated Date: 27-jun-2007
            Creation Date: 26-mar-2007
            Expiration Date: 26-mar-2008

        >>> Last update of whois database: Fri, 14 Sep 2007 21:09:13 UTC <<<
```

### Enter a domain name or IP address:

wwwbluecrossinsurance.com    Go

**Who Owns this Domain**          **Network Solutions**
Domains, Email, Hosting & More. Grow Your   NetworkSolutions.com has Domains,
Business. Register Today!          Hosting, Email and much more!

                                   Ads by Google

Whois Search - Domain name who

Copyright © 2007 Whois-Search.com