EXHIBIT G

**Barbara Friedman**

| | |
|---|---|
| From: | KJ - Expired Traffic [kjohar@expiredtraffic.com] |
| Sent: | Thursday, September 21, 2006 11:38 PM |
| To: | Carol J. Agnost; Barbara Friedman |
| Subject: | Fw: Sent on Behalf of Barbara L. Friedman |

----- Original Message -----
From: "KJ - Expired Traffic" <kjohar@expiredtraffic.com>
To: "Carol J. Agnost" <cagnost@hansonbridgett.com>
Sent: Saturday, September 16, 2006 7:27 PM
Subject: Re: Sent on Behalf of Barbara L. Friedman


> Hi,
>
> Apologies for the mistake. Could you let me know how we can work on
> resolving this matter.
>
> Thank you.
>
> Kanwardeep
>
> ----- Original Message -----
> From: "Carol J. Agnost" <cagnost@hansonbridgett.com>
> To: <kjohar@expiredtraffic.com>
> Cc: "Barbara Friedman" <BFriedman@hansonbridgett.com>
> Sent: Friday, September 01, 2006 6:45 PM
> Subject: Sent on Behalf of Barbara L. Friedman
>
>
>
> <<Letter to Kanwardeep Johar.pdf>>
> Carol J. Agnost
> Assistant to Susan G. O'Neill, Martin F. Majestic, and Barbara Friedman
> Hanson, Bridgett, Marcus, Vlahos & Rudy
> 425 Market Street, 26th Floor
> San Francisco, CA  94105
>
> Direct:  (415) 995-5124, Fax:  (415) 541-9366
> E-mail:  cagnost@hansonbridgett.com
>
>
>
>
>
> ***************************

1

> This communication, including any attachments, is confidential and may be
> protected by privilege. If you are not the intended recipient, any use,
> dissemination, distribution, or copying of this communication is strictly
> prohibited. If you have received this communication in error, please
> immediately notify the sender by telephone or email, and permanently
> delete all copies, electronic or other, you may have.
>
> To ensure compliance with requirements imposed by the IRS, we inform you
> that any tax advice contained in this communication (including any
> attachments) was not intended or written to be used, and cannot be used,
> for the purpose of (i) avoiding penalties under the Internal Revenue Code
> or (ii) promoting, marketing or recommending to another party any
> transaction or matter addressed herein.
>
> The foregoing applies even if this notice is embedded in a message that is
> forwarded or attached.
> ****************************
>

**Barbara Friedman**

| | |
|---|---|
| From: | Barbara Friedman |
| Sent: | Wednesday, January 17, 2007 4:40 PM |
| To: | 'kjohar@expiredtraffic.com' |
| Subject: | bluecrossny.com |

Kanwardeep,

As you are aware, we represent the Blue Cross and Blue Shield Association and are writing to follow up on the below correspondence regarding your registration of the BLUECROSSNY.COM domain name, which incorporates our client's famous BLUE CROSS trademark. Despite your prior willingness to work with us to resolve the matter, we have not received any further correspondence from you since our email of October 3, 2006 requesting that you transfer the BLUECROSSNY.COM domain name to our client. We now note that this domain name has been transferred to a new registrant (Affordable Computer) instead. If this domain name is still in your control, please confirm that you will transfer it to the Association using the contact information provided below as soon as possible. If not, we would appreciate if you could provide whatever information you may have as to the current owner of this domain name and how the domain name might have come to be in their control.

It also appears that you own at least three other domain names incorporating the Association's marks, namely BLUECROSSINTEXAS.COM, BLUECROSSBLUESHIELDOFSC.COM, and BCBSILLINOIS.COM. The first domain name lists you as the Registrant and G Design as the administrative and technical contact. The second domain name lists both your name and Digi Real Estate Foundation in the Whois records as the registrant. The third lists the registrant as "K J" or "JK which we note corresponds to your email address "KJ-Expired Traffic." It also states that the registration service for this domain name is provided by Digi Real Estate Foundation. Moreover, we note that the Whois records for both BCBSILLINOIS.COM and BLUECROSSNY.COM give a Brampton Ontario address. Please confirm your registration and control of these two domain names and let us know whether we can expect you to transfer these to our client as well.

Please also let us know what your relationship is with G Design and Digi Real Estate Foundation. As you may be aware, we recently filed a UDRP complaint against Digi regarding its registration of 84 domain names. If these domain names are, as we now surmise, in your control, please let us know whether you are willing to work with us to effectuate their transfer to the Association.

Finally, in addition to the BLUECROSSINTEXAS.COM domain name listed above, it appears that seven domain names formerly registered in your name are now registered to G Design. These domain names are:

BLUECROSSMI.COM
BLUECROSSBLUESHIELDOFNC.COM
WWWBLUECROSSMN.COM

BLUECROSSFL.COM
BLUECROSSMO.COM
BLUECROSSTX.COM
BLUECROSSSC.COM

Please let us know if you control these domain names as well, and if so whether you are willing to cooperate with the Association to transfer these domain names.

Thank you.

Barbara Friedman

Barbara L. Friedman
Direct Dial: 415.995.5891
bfriedman@hansonbridgett.com
HANSON BRIDGETT MARCUS VLAHOS RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Tel: 415.777.3200; Fax: 415.541.9366
http://www.hansonbridgett.com

-----Original Message-----
From: Barbara Friedman
Sent: Tuesday, October 03, 2006 11:15 AM
To: 'KJ - Expired Traffic'
Cc: Susan G. O'Neill
Subject: bluecrossny.com

Kanwardeep,

Thank you for your cooperation. In order to resolve the matter, please transfer the domain name to the Blue Cross Blue Shield Association using the following contact information:

Blue Cross Blue Shield Association
1310 G St. NW
Washington DC 20005
dnsadmin@bcbsa.com
Phone 2029421016
Fax- 2029421012

We look forward to receiving your response and confirmation of the transfer of the domain name. We would also appreciate your confirming that there are no other domain names in your possession or control that use the "Blue Cross," Blue Shield" or "BCBS" trademarks.

Barbara Friedman

2

Barbara L. Friedman
Direct Dial: 415.995.5891
bfriedman@hansonbridgett.com
HANSON BRIDGETT MARCUS VLAHOS RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Tel: 415.777.3200; Fax: 415.541.9366
http://www.hansonbridgett.com