HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUSAN G. O'NEILL - 115133
soneill@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
BARBARA L. FRIEDMAN - 208735
bfriedman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGI REAL ESTATE FOUNDATION, et al.,<br><br>Defendants. | No. C07 5009 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: October 16, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
SUSAN G. O'NEILL
Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD ASSOCIATION