CASE NUMBER.
C 07 5009

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BLUE CROSS AND BLUE SHEILD ASSOCIATION, an Illinois not-for-profit corporation

V.

DIGI REAL ESTATE FOUNDATION; KANWARDEEP JOHAR, individual residing in Canada (also known as "KEN JOHAR," " KAN JOHAR " KJOHAR," " K,J, " "JK," and doing business as "KJ EXPIRED TRAFFIC," "DIGI REAL ESTATE FOUNDATION," "G DESIGN," and WEB SERVICES PTY"); OLEKSIY KOVYRIN, an individual residing in Canada (also known as GNI, INC. and GALT and doing business as EXPLODE YOUR TRAFFIC and EXPIRED TRAFFIC) And 206 INTERNET DOMAIN NAMES, set forth in Exhibits "A" and "B"

**AFFIDAVIT OF SERVICE OF**
Dario Ioanna

I, Dario Ioanna, of Newmarket, On in the Regional Municipality Of York, herby MAKE OATH AND SAY:

On October 4, 2007 at 2:45 p.m.

I served OLEKSIY KOVYRIN,

with a SUMMONS, FILE ENDORSED COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE, WELCOME TO USDC NORTHERN CALIFORNIA JUDGE, HEARINGS SCHEDUALS, PUBLIC NOTICE re MAGISTRATE JUDGE

by leaving a copy with OLEKSIY KOVYRIN,

at 77 St Clair E., Suite 1002, Toronto, On

I was able to identify the person by means of his verbal acknowledgement.

SWORN before me at the city of )
Toronto, this ___ day of OCT 2007 )

_____
Commissioner for taking Affidavits

_____
Dario Ioanna

# EXHIBIT A

<u>Digi Real Estate Foundation</u>

ANTHEMBLUECROSSANDBLUESHIELD.COM
BCBSOFMISSISSIPPI.COM
BCBSHMO.COM
BLUECROSSBLUESHIELDCOLORADO.COM
BLUECROSSBLUESHIELDNJ.COM
BLUECROSSBLUESHIELDOFCALIFORNIA.COM
BLUECROSSBLUESHIELDOFIL.COM
BLUECROSSDENTALINSURANCE.COM
BCBSOFKANSAS.COM
BCBSOFKC.COM
BCBSOFMN.COM
BLUECROSSBLESHIELD.COM
BLUESHIELDD.COM
BLUECROSSBLUESHIELDOFTX.COM
BLUECROSSBLUUESHIELD.COM
BLUECROSSOFFLORIDA.COM
BLUECROSSBLUESHIELDOFOREGON.COM
BCBSLI.COM
BCBSCU.COM
BCBSI.COM
BCBSSFL.COM
BCBSSIL.COM
BCBSST.COM
BLECROSSCA.COM
BLECROSS.COM
BLIECROSS.COM
BLLUECROSSBLUESHIELD.COM
BLUECCROSSCA.COM
BLUECOSS.COM
BLUECROSSANDSHIELD.COM
BLUECROSSBLUESHIELDDENTALINSURANCE.COM
BLUECROSSBLUESHIELDFL.COM
BLUECROSSBLUESHIELDNEBRASKA.COM
BLUECROSSBLUESHIELDMASS.COM
BLUECROSSBLUESHIELDMI.COM
BLUECROSSBLUESHIELDOFALABAMA.COM
BLUECROSSBLUESHIELDOFARIZONA.COM
BLUECROSSBLUESHIELDOFKANSAS.COM
BLUECROSSBLUESHIELDOFFLORIDA.COM
BLUECROSSBLUESHIELDOFLOUISIANA.COM
BLUECROSSBLUESHIELDSOUTHCAROLINA.COM
BLUECROSSBLUESHIELDTENNESSEE.COM

BLUECROSSBLUESHIELDOFTENNESSEE.COM
BLUECROSSBLUESHIELDOHIO.COM
BLUECROSSBUESHIELD.COM
BLUECROSSCOM.COM
BLUECROSSMINNESOTA.COM
BLUECROSSOFARIZONA.COM
BLUECROSSOFILLINOIS.COM
BLUECROSSOFOREGON.COM
BLUECROSSOFWISCONSIN.COM
BLUECROSSPS.COM
BLUECROSSSHEILD.COM
BLUECROSSTRAVELINSURANCE.COM
BLUECROSSWISONSIN.COM
BLUECRSSCA.COM
BLUESCROSS.COM
BLUESHIELDCROSS.COM
CAPBLUCROSS.COM
EXELLUSBCBS.COM
WWWHIGHMARKBCBS.COM
BUECROSSBLUESHIELD.COM
BCBSSTX.COM
BLUECROSSBLUESHIELDD.COM
BLUEECROSSCA.COM
BLUECROSSBLUESHIELDOREGON.COM
BLUECROSSBLUESHIELDMICHIGAN.COM
BLUECROSSBLUEHIELD.COM
BCBSILLINOIS.COM
BLUECROSSNY.COM
BLUECROSSBLUESHIELDOFWISCONSIN.COM
BLUECROSSCANADA.COM
BLUECROSSBLUESHIELDMINNESOTA.COM
REGENCEBLUESHIELDOFIDAHO.COM
BLUESHHIELD.COM
BLUECROSSBLUESHIELDMISSOURI.COM
BLUECROSSOFALABAMA.COM
BLUECROSSDENTALPLAN.COM
BLUECROSSBLUESHIELDPPO.COM
BLUECROSSBLUESHIELDDENTAL.COM

"Web Services Pty"

BCBSKS.ORG
BLUECROSSMEDICALINSURANCE.COM
BLUECROSSPPO.COM
FEDERALBLUECROSS.COM

<u>Galt</u>

BLUECRSSMN.COM

<u>"G Design"</u>

BLUECROSSSC.COM
BLUECROSSBLUESHIELDOFNC.COM
WWWBLUECROSSMN.COM
BLUECROSSFL.COM
BLUECROSSMO.COM
BLUECROSSTX.COM
WWWBLUECROS.COM
BLUESHIED.COM
BLUECROSSHMO.COM
BLUECROSSMASS.COM
BLUECROSSMI.COM
BUESHIELD.COM
BBLUESHIELD.COM
BLUESHELD.COM
BLUESSHIELD.COM
BLUESIELD.COM

**EXHIBIT B**

<u>DigiMedia Holding</u>

ANTHEMBCBSDENTAL.COM
BCBSCONNECTICUT.COM
BCBSDENTALINSURANCE.COM
BCBSHAWAII.COM
BCBSKENTUCKY.COM
BCBSMARYLAND.COM
BCBSNEVADA.COM
BCBSNEWHAMPSHIRE.COM
BCBSNORTHDAKOTA.COM
BCBSOFAK.COM
BCBSOFALASKA.COM
BCBSOFAR.COM
BCBSOFCO.COM
BCBSOFCONNECTICUT.COM
BCBSOFCONNETICUT.COM
BCBSOFCT.COM
BCBSOFHAWAII.COM
BCBSOFHI.COM
BCBSOFID.COM
BCBSOFIN.COM
BCBSOFINDIANA.COM
BCBSOFJACKSONVILLE.COM
BCBSOFKENTUCKY.COM
BCBSOFMAINE.COM
BCBSOFME.COM
BCBSOFNEVADA.COM
BCBSOFNEWHAMPSHIRE.COM
BCBSOFNEWYORK.COM
BCBSOFNH.COM
BCBSOFNV.COM
BCBSOFOH.COM
BCBSOFOR.COM
BCBSOFPENNSYLVANIA.COM
BCBSOFRHODEISLAND.COM
BCBSOFSD.COM
BCBSOFUT.COM
BCBSOFVA.COM
BCBSOFWA.COM
BCBSOFWASHINGTON.COM
BCBSOFWESTVIRGINIA.COM
BCBSOFWV.COM
BCBSSANANTONIO.COM

BCBSSOUTHDAKOTA.COM
BCBSWASHINGTON.COM
BCBSWESTVIRGINIA.COM
BLUECROSSBCBS.COM
BLUECROSSBLUESHEILDDENTALINSURANCE.COM
BLUECROSSBLUESHIELDAK.COM
BLUECROSSBLUESHIELDCO.COM
BLUECROSSBLUESHIELDCT.COM
BLUECROSSBLUESHIELDHAWAII.COM
BLUECROSSBLUESHIELDHI.COM
BLUECROSSBLUESHIELDIA.COM
BLUECROSSBLUESHIELDID.COM
BLUECROSSBLUESHIELDIN.COM
BLUECROSSBLUESHIELDKANSAS.COM
BLUECROSSBLUESHIELDKENTUCKY.COM
BLUECROSSBLUESHIELDKY.COM
BLUECROSSBLUESHIELDMAINE.COM
BLUECROSSBLUESHIELDME.COM
BLUECROSSBLUESHIELDNEWHAMPSHIRE.COM
BLUECROSSBLUESHIELDOFAK.COM
BLUECROSSBLUESHIELDOFAR.COM
BLUECROSSBLUESHIELDOFCO.COM
BLUECROSSBLUESHIELDOFCONNECTICUT.COM
BLUECROSSBLUESHIELDOFCT.COM
BLUECROSSBLUESHIELDOFDE.COM
BLUECROSSBLUESHIELDOFHAWAII.COM
BLUECROSSBLUESHIELDOFHI.COM
BLUECROSSBLUESHIELDOFIA.COM
BLUECROSSBUESHIELDOFID.COM
BLUECROSSBLUESHIELDOFIN.COM
BLUECROSSBLUESHIELDOFINDIANA.COM
BLUECROSSBLUESHIELDOFME.COM
BLUECROSSBLUESHIELDOFNEVADA.COM
BLUECROSSBLUESHIELDOFNH.COM
BLUECROSSBLUESHIELDOFNORTHDAKOTA.COM
BLUECROSSBLUESHIELDOFNV.COM
BLUECROSSBLUESHIELDOFNY.COM
BLUECROSSBLUESHIELDOFOH.COM
BLUECROSSBLUESHIELDOFOR.COM
BLUECROSSBLUESHIELDOFPA.COM
BLUECROSSBLUESHIELDOFSOUTHDAKOTA.COM
BLUECROSSBLUESHIELDOFUT.COM
BLUECROSSBLUESHIELDOFVT.COM
BLUECROSSBLUESHIELDOFWA.COM
BLUECROSSBLUESHIELDOFWI.COM
BLUECROSSBLUESHIELDOFWV.COM

BLUECROSSBLUESHIELDOFWY.COM
BLUECROSSBLUESHIELDOH.COM
BLUECROSSBLUESHIELDRHODEISLAND.COM
BLUECROSSBLUESHIELD.COM
BLUECROSSBLUESHIELDSOUTHDAKOTA.COM
BLUECROSSBLUESHIELDUT.COM
BLUECROSSBLUESHIELDVA.COM
BLUECROSSBLUESHIELDWA.COM
BLUECROSSBLUESHIELDWESTVIRGINIA.COM
BLUECROSSBLUESHIELDWV.COM
BLUECROSSBLUESHIELDWY.COM
COLORADOBCBS.COM
REGENCEBLUECROSSOREGON.COM
REGENCEBLUESHIELDWASHINGTON.COM
WWWBLUECROSSINSURANCE.COM
WWWBLUESHIELDCA.COM
BLUECROSSCARES.COM