**NEWMAN & NEWMAN, LLP**
Derek A. Newman (State Bar No. 190467)
 *derek@newmanlaw.com*
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone
(206) 274-2801 fax

*Attorneys for Defendants*
Digi Real Estate Foundation, Kanwardeep Johar,
Oleksiy Kovyrin, and Galt Networks, Inc.

**HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP**
Susan G. O'Neill (State Bar No. 115133)
 *soneill@hansonbridgett.com*
Garner K. Weng (State Bar No. 191462)
 *gweng@hansonbridgett.com*
Barbara Friedman (State Bar No. 208735)
 *bfriedman@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, CA  94105
(415) 777-3200 phone
(415) 541-9366 fax

*Attorneys for Plaintiff*
Blue Cross and Blue Shield Association

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIGI REAL ESTATE FOUNDATION, *et al.*;<br><br>Defendants. | Case No. C07-05009 RS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER** |

## STIPULATION

Pursuant to Civil L.R. 6-1(a), Plaintiff Blue Cross and Blue Shield Association and Defendants Digi Real Estate Foundation, Kanwardeep Johar, Oleksiy Kovyrin, and Galt Networks, Inc. (together "Defendants"), stipulate to extend the date for Defendants to answer Plaintiff's Complaint in the above-captioned matter to November 23, 2007. This extension will not alter the date of any event or any deadline already fixed by Court order.

DATED this 29th day of October, 2007.

Respectfully Submitted by,

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

_____
Derek A. Newman (State Bar No. 190467)

Attorneys for Defendants
Digi Real Estate Foundation, Kanwardeep Johar,
Oleksiy Kovyrin, and Galt Networks, Inc.


HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

_____
Susan G. O'Neill (State Bar No. 115133)

Attorneys for Plaintiff
Blue Cross and Blue Shield Association

## PROOF OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is 505 Fifth Avenue South, Suite 610, Seattle, Washington 98104.

On **October 29th, 2007**, I served the foregoing documents described as:

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER AND CERTIFICATE OF SERVICE**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes as follows:

Susan G. O'Neill, Esq.
Garner K. Weng, Esq.
Barbara Friedman, Esq.
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Email: soneill@hansonbridgett.com
gweng@hansonbridgett.com
bfriedman@hansom.com

[ x ] BY MAIL: I deposited such envelope in the mail. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. postal service. Under that practice it would be deposed with U.S. postal service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] BY PERSONAL DELIVERY: I caused to be delivered such envelope by hand to the offices of the addressee.

[ x ] VIA ELECTRONIC MAIL: I caused transmission to the email addresses above.

[ x ] VIA NOTICE OF ELECTRONIC FILING to the email addresses above.

.
STATE      [ ]
FEDERAL    [ x ]

PROOF OF SERVICE                                                  Case No.: C07-05009 RS

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct and that I am employed in the office of an attorney permitted
   to practice before this Court, at whose direction this service was made.
3
4  Executed on **October 29th, 2007** at Seattle, Washington
5
6
7  _____
   Diana Au
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                      Case No.: C07-05009 RS