HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUSAN G. O'NEILL - 115133
gweng@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
BARBARA L. FRIEDMAN - 208735
bfriedman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA. 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Plaintiff
BLUE CROSS AND BLUE SHIELD ASSOCIATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>DIGI REAL ESTATE FOUNDATION, et al.,<br><br>            Defendants. | No. C 07 5009 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br><br>Action Filed:     September 27, 2008<br>Trial Date:       None |

## STIPULATION

WHEREAS, the Initial Case Management Conference in this action is currently set for Wednesday, January 16, 2008, at 2:30 p.m.;

WHEREAS, Plaintiff Blue Cross and Blue Shield Association has been engaged in settlement discussions with the named Defendants (the "Digi Real Estate Defendants") against whom it has brought its First through Fifth Claims in its Complaint in this action—and who are the relevant stakeholders for its Sixth Claim in its complaint in this action, because they are the owners of the Internet domain-name registrations against whom that in rem claim is brought;

WHEREAS, Plaintiff Blue Cross and Blue Shield Association and the Digi Real Estate Defendants believe that having additional time before having to complete and file the Joint Case

- 1 -

STIPULATION AND ORDER CONTINUING CMC (CASE NO. C 07 5009)

1402789.1

1   Management Statement and appear at the Initial Case Management Conference would allow them

2   to concentrate on their settlement discussions—and may lead to resolution of the First through

3   Sixth Claims in the Complaint in this action before the Initial Case Management Conference;

4          WHEREAS, Plaintiff Blue Cross and Blue Shield Association has been engaged in

5   settlement discussions with the relevant non-party stakeholders (the "DigiMedia Stakeholders")

6   for its Seventh Claim in its complaint in this action, who are the owners of the Internet domain-

7   name registrations against whom that in rem claim is brought;

8          WHEREAS, Plaintiff Blue Cross and Blue Shield Association believes that having

9   additional time before having to complete and file the Joint Case Management Statement and

10  appear at the Initial Case Management Conference would allow it to concentrate on its settlement

11  discussions with the DigiMedia Stakeholders—and may lead to resolution of the Seventh Claim

12  in the Complaint in this action before the Initial Case Management Conference;

13         THEREFORE, the Parties in this action, through their counsel of record, hereby stipulate

14  that the Initial Case Management Conference in this action be continued for 60 days are such

15  other date that may be available and as may be set by the Court—with any Federal Rule 26 or

16  Local Rule 16-9 deadlines triggered by the Initial Case Management Conference being re-set in

17  line with the new, continued date.

18  DATED: January 8, 2008                    HANSON BRIDGETT MARCUS
                                             VLAHOS & RUDY, LLP
19

20                                           By:    /s/
21                                           SUSAN G. O'NEILL
                                             Attorneys for Plaintiff
22                                           BLUE CROSS AND BLUE SHIELD
                                             ASSOCIATION

23  DATED: January 8, 2008                    NEWMAN AND NEWMAN

24

25                                           By:    /s/
                                             DEREK A. NEWMAN
26                                           Attorneys for Defendants
                                             DIGI REAL ESTATE FOUNDATION
27                                           KANWARDEEP JOHAR
                                             OLEKSIY KOVYRIN
28                                           GALT NETWORKS, INC.

STIPULATION AND ORDER CONTINUING CMC (CASE NO. C 07 5009)

1402789.1

1

SIGNATURES UNDER GENERAL ORDER NO. 45

2      Pursuant to General Order No. 45 of the United States District Court, Northern District of

3   California, I, Susan G. O'Neill—the ECF User whose User ID and Password are used in the filing

4   of this document—hereby attest that the concurrence to the filing of this document has been

5   obtained from the other signatory to this document.

6

7                                         /s/
                                    SUSAN G. O'NEILL

8

9                                    **ORDER**

10     Pursuant to stipulation, IT IS SO ORDERED: the Initial Case Management Conference in

11  this case is continued to Wednesday, _____, 2008 at 2:30 p.m., with any Federal

12  Rule 26 or Local Rule 16-9 deadlines triggered by the Initial Case Management Conference re-set

13  in line with this new, continued date.

14

15  DATED: _____, 2008

16

17

18                                   HONORABLE RICHARD SEEBORG
                                     U. S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND ORDER CONTINUING CMC (CASE NO. C 07 5009)

1402789.1