UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUE CROSS AND BLUE SHIELD
ASSOCIATION, an Illinois not-for-profit
corporation

        Plaintiff(s),

v.

DIGI REAL ESTATE FOUNDATION, et al.

        Defendant(s).

No. C 07 5009 RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 8, 2008

Signature

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")

## **PROOF OF SERVICE**

STATE OF WASHINGTON
COUNTY OF KING

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is 505 Fifth Avenue South, Suite 610, Seattle, Washington 98104.

On **January 8th, 2008**, I served the foregoing documents described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND PROOF OF SERVICE**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes as follows:

Susan G. O'Neill, Esq.
Garner K. Weng, Esq.
Barbara Friedman, Esq.
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Email: soneill@hansonbridgett.com
gweng@hansonbridgett.com
bfriedman@hansom.com

[ x ] BY MAIL: I deposited such envelope in the mail. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. postal service. Under that practice it would be deposed with U.S. postal service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] BY PERSONAL DELIVERY: I caused to be delivered such envelope by hand to the offices of the addressee.

[ x ] VIA ELECTRONIC MAIL: I caused transmission to the email addresses above.

[ x ] VIA NOTICE OF ELECTRONIC FILING to the email addresses above.

.
STATE      [  ]
FEDERAL    [ x ]

PROOF OF SERVICE                                            Case No.: C07-05009 RS

1
2      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of an attorney permitted to practice before this Court, at whose direction this service was made.
3
4      Executed on **January 8th, 2008** at Seattle, Washington
5
6
7      _____Diana Au_____
       Diana Au
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                                    Case No.: C07-05009 RS