# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Blue Cross and Blue Shield Association,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Digi Real Estate Foundation, et al,<br><br>                    Defendant(s). | 07-05009 RS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **James Isbester**
> Isbester & Associates
> 3160 College Ave., Suite 203
> Berkeley, CA 94705
> 510-655-3014

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05009 RS MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov