1
2
3
4
5

HANSON BRIDGETT LLP
SUSAN G. O'NEILL - 115133
soneill@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

6
7

Attorneys for Plaintiff and Cross-defendant
BLUE CROSS AND BLUE SHIELD ASSOCIATION

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  BLUE CROSS AND BLUE SHIELD 13  ASSOCIATION, an Illinois not-for-profit corporation<br>14           Plaintiff,<br>15     v.<br>16  DIGI REAL ESTATE FOUNDATION, et 17  al.,<br>        Defendants. | No. 07 5009 RS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:     HON. RICHARD SEEBORG |

18
19

20    TO THE HONORABLE MAGISTRATE RICHARD SEEBORG AND THE CLERK

21  OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

22  CALIFORNIA:

23

24    PLEASE TAKE NOTICE that BLUE CROSS AND BLUE SHIELD ASSOCIATION

25  ("BCBSA") has reached a settlement with the third-party owner of the domain names that

26  are the subject of the Seventh Claim For Relief, brought in rem against those domain

27  names.  BCBSA currently anticipates that, if the third-party owner performs as promised,

28  it will no longer want or need to pursue the Seventh Claim for Relief.  BCBSA is currently

- 1 -

1  awaiting the promised performance of the third-party owner.  It currently expects to

2  dismiss the Seventh Claim for Relief **without prejudice** within 30 days of this Notice.

3

4  DATED:  March 13, 2008                          Respectfully submitted,

5                                                                 HANSON BRIDGETT LLP

6

7                                          By:____/s/ GARNER K. WENG_____

8                                                 GARNER K. WENG
                                                   Attorneys for Plaintiff,
9                                                 BLUE CROSS AND BLUE SHIELD
                                                   ASSOCIATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT C 07-5009 RS                                          1433274.1

1

**CERTIFICATE OF SERVICE**

2

**BLUE CROSS AND BLUE SHIELD ASSN. v. DIGI REAL ESTATE FOUND., et al.,**

3

**Case No. CV 07 5009 RS**

4

5

    I, Dana Hanaman, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the above action; that my business address is 425 Market Street, 26th Floor, San Francisco, California  94105, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. I hereby certify that on February 26, 2008, I served the foregoing,

6

7

**NOTICE OF SETTLEMENT**

8

9

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List (and below):

10

11

CM/ECF participant Service List

12

DIGI REAL ESTATE FOUNDATION

13

GALT NETWORKS, INC.  (KANWARDEEP JOHA and

14

OLEKSIY KOVYRIN)

15

16

    I declare under penalty of perjury that all of the foregoing is true and correct.

17

18

          `_____/s/ Dana Hanaman _____

19

             Dana Hanaman

20

21

22

23

24

25

26

27

28

- 3 -

1433274.1