**\*E-FILED\***
**March 14, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, | No. C 07-05009 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| DIGI REAL ESTATE FOUNDATION, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for March 19, 2008. The parties are required to file a stipulation of dismissal by **May 14, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 21, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: March 14, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Derek Alan Newman    derek@newmanlaw.com, diana@newmanlaw.com, docketing@newmanlaw.com

Susan Garell O'Neill    soneill@hansonbridgett.com, bfriedman@hansonbridgett.com, bswenson@hansonbridgett.com, cagnost@hansonbridgett.com, calendarclerk@hansonbridgett.com, lbucsit@hansonbridgett.com

Garner Kimleon Weng    gweng@hansonbridgett.com, calendarclerk@hansonbridgett.com


Dated: March 14, 2008


        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg