HANSON BRIDGETT LLP
SUSAN G. O'NEILL - 115133
soneill@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff and Cross-defendant
BLUE CROSS AND BLUE SHIELD ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGI REAL ESTATE FOUNDATION, et al.,<br><br>Defendants. | No. 07 5009 RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SEVENTH CLAIM FOR RELIEF**<br><br>Judge:     HON. RICHARD SEEBORG |

TO THE DEFENDANTS, THE HONORABLE MAGISTRATE RICHARD SEEBORG AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Blue Cross and Blue Shield Association hereby gives notice that it voluntarily dismisses *without prejudice* the Seventh Claim for Relief in this action, brought *in rem* and

//

pertaining to which no answer or motion for summary judgment has been filed.

DATED: March 28, 2008

Respectfully submitted,

HANSON BRIDGETT LLP

By: /s/ GARNER K. WENG
GARNER K. WENG
Attorneys for Plaintiff,
BLUE CROSS AND BLUE SHIELD ASSOCIATION

**CERTIFICATE OF SERVICE**

**BLUE CROSS AND BLUE SHIELD ASSN. v. DIGI REAL ESTATE FOUND., et al.,**

**Case No. CV 07 5009 RS**

    I, Dana Hanaman, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the above action; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. I hereby certify that on March 28, 2008, I served the foregoing,

**NOTICE OF SETTLEMENT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List (and below):

<u>CM/ECF participant Service List</u>

DIGI REAL ESTATE FOUNDATION

GALT NETWORKS, INC.  (KANWARDEEP JOHA and

OLEKSIY KOVYRIN)

    I declare under penalty of perjury that all of the foregoing is true and correct.

`_____/s/ Dana Hanaman _____

Dana Hanaman

- 3 -
NOTICE OF VOLUNTARY DISMISSAL OF SEVENTH CLAIM
FOR RELIEF, #07-5009 RS

1440854.1